UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------

LISSANDER DONES                                    Index No.: 07 CV 3085

       Plaintiff                                       Affidavit of Service
                                                   Of Summons & Complaint with
                                                   Jury Demand

    - against -

THE CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND KELLY, in his official capacity,
SERGEANT FRANK TERAN, in his official and individual
Capacity, CAPTAIN THOMAS SCOLLAN, in his official and
Individual capacity, LIEUTENANT RON MEJIA, in his
Official and individual capacity, and SERGEANT JULIUS MORTON,
In his official and individual capacity

       Defendants
-------------------------------------------

State of New York; County of Nassau) :ss

    I, Stephen Chan, being duly sworn depose and say:

1. I am not a party to the action, am over eighteen years of age and reside in the City and County of New York

2. On May 1, 2007 at 9:44am, at 100 Church Street., 4th Flr., New York, N.Y. I served the within Summons and Complaint with Jury Demand upon THE CITY OF NEW YORK by personally delivering a true copy of the same to Jerry Bradshaw an employee of the Office of Corporation Counsel who said he was authorized to accept service.

3. Deponent describes the individual served as follows:

male, black, short black hair, 34-37 years, 5'9" tall, 165lbs

                                          Stephen Chan

Sworn to before me this

May 4, 2007

JOHN L. MONCRIEF, JR.
Notary Public, State of New York
No. 31-02MO4764573
Qualified in New York County
Commission Expires 9/34/2012