UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------

| | |
|---|---|
| LISSANDER DONES | Index No.: 07 CV 3085 |
| Plaintiff | Affidavit of Service<br>Of Summons & Complaint with<br>Jury Demand |
| - against - | |

THE CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND KELLY, in his official capacity,
SERGEANT FRANK TERAN, in his official and individual
Capacity, CAPTAIN THOMAS SCOLLAN, in his official and
Individual capacity, LIEUTENANT RON MEJIA, in his
Official and individual capacity, and SERGEANT JULIUS MORTON,
In his official and individual capacity

   Defendants
------------------------------------------

State of New York; County of Nassau) :ss

  I, Stephen Chan , being duly sworn depose and say:

  1. I am not a party to the action, am over eighteen years of age and reside in the City and County of New York

  2. On April 30, 2007 at 3:21pm , at 1 Police Plaza, 14th Flr, New York, N.Y. I served the within Summons and Complaint with Jury Demand upon POLICE COMMISSIONER RAYMOND KELLY, in his official capacity by personally delivering a true copy of the same to Lisa Moore an employee of the Police Department of the City of New York who said she was authorized to accept service.

  3. Deponent describes the individual served as follows:

  female, black , black hair, 29-32 years, 5'4" tall, 135lbs

                   _____
                    Stephen Chan

Sworn to before me this

May 4, 2007

JOHN L. MONCRIEF, JR.
Notary Public, State of New York
No. 31-02MO4764573
Qualified in New York County
Commission Expires 4/34/2010