UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------

LISSANDER DONES                                    Index No.: 07 CV 3085

       Plaintiff                              Affidavit of Service
                                                   Of Summons & Complaint with
                                                   Jury Demand

    - against -

THE CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND KELLY, in his official capacity,
SERGEANT FRANK TERAN, in his official and individual
Capacity, CAPTAIN THOMAS SCOLLAN, in his official and
Individual capacity, LIEUTENANT RON MEJIA, in his
Official and individual capacity, and SERGEANT JULIUS MORTON,
In his official and individual capacity

       Defendants
-----------------------------------------

State of New York; County of Nassau) :ss

    I, Stephen Chan, being duly sworn depose and say:

    1. I am not a party to the action, am over eighteen years of age and reside in the City and County of New York

    2. On May 3, 2007 at 12:36 pm, at 315 Hudson Street, 3rd Flr., New York, N.Y. I served the within Summons and Complaint with Jury Demand upon SERGEANT FRANK TERAN, the defendant therein named, by personally delivering a true copy of the same to Annette Williams, an employee of the Office of Internal Affairs for the Police Department of the City of New York who said she was authorized to accept service.

    3. Deponent describes the individual served as follows:

    female, olive skin, black hair, 40-45 years, 5'4" tall, 145lbs

    4. On May 4th 2007, I mailed a true and correct copy of the within Summons and Complaint with Jury Demand upon SERGEANT FRANK TERAN, the defendant, by first class mail at his last known place of business, at the Office of Internal Affairs, Police Department of the City of New York, 315 Hudson Street, 3rd Flr New York, N.Y. 10014 in an envelope bearing the

legend "PERSONAL and CONFIDENTIAL" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the defendant

_____
Stephen Chan

Sworn to before me this
May ___ 2007

_____
RICHARD P. SCHACCA
NOTARY PUBLIC, STATE OF NEW YORK
NO. 04867930
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES AUG 25, 2010