UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
LISSANCER DONES,

                                  Plaintiff,        NOTICE OF
                                                  APPEARANCE

   -against-                            07 CV 3085

THE CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND KELLY, in his official capacity,
SERGEANT FRANK TERAN, in his official
And individual capacity, CAPTAIN THOMAS
SCOLLAN, in his official and individual
Capacity, et al,

                                  Defendants.
------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff, LISSANDER DONES.

I certify that I am admitted to practice in this Court.

Dated:   Lake Success, New York
         May 24, 2007

                                      Yours etc,
                                      Cronin & Byczek, LLP

                                      _____
                                      CHRISTOPHER F. BELLISTRI (CB4387)
                                      Attorneys for Plaintiff,
                                      DONES
                                      1983 Marcus Ave, Suite C-120
                                      Lake Success, New York 11042
                                      (516) 358-1700