UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
LISSANDER DONES,

                         Plaintiff,         NOTICE OF
                                         APPEARANCE

    -against-                     07 CV 3085

THE CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND KELLY, in his official capacity,
SERGEANT FRANK TERAN, in his official
And individual capacity, CAPTAIN THOMAS
SCOLLAN, in his official and individual
Capacity, et al,

                        Defendants.
----------------------------------------X

      To the Clerk of this Court and all parties of record:

      Enter my appearance as counsel in this case for

Plaintiff, LISSANDER DONES.

      I certify that I am admitted to practice in this

Court.

Dated:   Lake Success, New York
         June 7, 2007

                      Yours etc,
                      Cronin & Byczek, LLP

_____
  LINDA M. CRONIN (LC 0766)
  Attorneys for Plaintiff,
  DONES
  1983 Marcus Ave, Suite C-120
  Lake Success, New York 11042
  (516) 358-1700