UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------

LISSANDER DONES

       Plaintiff

- against -

THE CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND KELLY, in his official capacity,
SERGEANT FRANK TERAN, in his official and individual
Capacity, CAPTAIN THOMAS SCOLLAN, in his official and
Individual capacity, LIEUTENANT RON MEJIA, in his
Official and individual capacity, and SERGEANT JULIUS MORTON,
In his official and individual capacity

       Defendants
----------------------------------------

Index No.:  07 CV 3085

Affidavit of Service
Of  Summons &  Complaint with
Jury  Demand

State of New York; County of Nassau) :ss

    I, Stephen Chan , being duly sworn depose and say:

    1.  I am not a party to the action, am over eighteen years of age and reside in the City and County of New York

    2.  On June __5__, 2007 at __7:30__ am/pm , at OCID, 1 Police Plaza, 12th Flr, New York, N.Y.  I served the within Summons and Complaint with Jury Demand  upon SERGEANT JULIUS MORTON,  by personally delivering a true copy of the same to Detective Donna Gibson, an employee of the  Police Department of the City of  New York  who said she was authorized to accept service.

    3.   Deponent describes the individual served as follows:

    white female, blonde  hair,  36-40  years, 5'6" tall, 145 lbs

    4.  On June __6th__ 2007, I mailed a true and correct copy of the within  Summons and Complaint with  Jury  Demand  upon SERGEANT JULIUS MORTON, the defendant , by first class mail at his last known place of business, at OCID, 1 Police Plaza, 12th Flr, New York, N.Y. 10038  in an envelope bearing the legend "PERSONAL and CONFIDENTIAL" and not indicating