UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------

LISSANDER DONES

       Plaintiff

- against -

THE CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND KELLY, in his official capacity,
SERGEANT FRANK TERAN, in his official and individual
Capacity, CAPTAIN THOMAS SCOLLAN, in his official and
Individual capacity, LIEUTENANT RON MEJIA, in his
Official and individual capacity, and SERGEANT JULIUS MORTON,
In his official and individual capacity

       Defendants
-----------------------------------------

Index No.: 07 CV 3085

Affidavit of Service
Of Summons & Complaint with
Jury Demand

State of New York; County of Nassau) :ss

    I, Stephen Chan, being duly sworn depose and say:

    1. I am not a party to the action, am over eighteen years of age and reside in the City and County of New York

    2. On June __l__, 2007 at __11:05__ (am/pm), at 315 Hudson Street, 3rd Flr., New York, N.Y. I served the within Summons and Complaint with Jury Demand upon CAPTAIN THOMAS SCOLLAN, , the defendant therein named, by personally delivering a true copy of the same to PAA Annette Williams, an employee of the Office of Internal Affairs for the Police Department of the City of New York who said she was authorized to accept service.

    3. Deponent describes the individual served as follows:

    female, dark complexion, black hair, 40-45 years, 5'4" tall, 145lbs

    4. On June __2__ 2007, I mailed a true and correct copy of the within Summons and Complaint with Jury Demand upon CAPTAIN THOMAS SCOLLAN, the defendant, by first class mail at his last known place of business, at the Office of Internal Affairs, Police Department of the City of New York, 315 Hudson Street, 3rd Flr New York, N.Y. 10014 in an envelope bearing the legend "PERSONAL and CONFIDENTIAL" and not indicating on the outside thereof,