```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
LISSANDER DONES,

                        Plaintiff,

    -against-                                  07 CV 3085

THE CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND KELLY, in his official capacity,
SERGEANT FRANK TERAN, in his official
And individual capacity, CAPTAIN THOMAS
SCOLLAN, in his official and individual
Capacity, et al,

                        Defendants.
----------------------------------------X
```

**NOTICE OF WITHDRAWAL**

George Fontana, Jr., of Cronin & Byczek LLP, hereby withdraws his appearance as counsel for LISSANDER DONES in the above-captioned matter. Mr. Dones will continue to be represented by Christopher F. Bellistri of Cronin & Byczek LLP.

Dated:   Lake Success, New York
         May 24, 2007

                            Yours etc,
                            Cronin & Byczek, LLP

                            _____
                            GEORGE FONTANA, JR., (GF1802)
                            Attorneys for Plaintiff,
                            DONES
                            1983 Marcus Ave, Suite C-120
                            Lake Success, New York 11042
                            (516) 358-1700