UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
LISSANDER DONES,

                                        Plaintiff,      **NOTICE OF APPEARANCE**

          - against -                             07 Civ. 3085 (SAS) (GWG)

THE CITY OF NEW YORK, et al.,

                                        Defendants.
------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, attorney for defendants, the City of New York, and Raymond Kelly, in the above-captioned action. Please note that I am the current Assistant Corporation Counsel assigned to this case and that all future filings, or other information, related to this action can be directed to me at the below address.

Dated:        New York, New York
               August 17, 2007

                                              **MICHAEL A. CARDOZO**
                                              Corporation Counsel of the
                                                  City of New York
                                              Attorney for Defendants
                                              100 Church Street, Room 2-140
                                             New York, New York  10007-2601
                                             (212) 788-0868

                          By: **ECF**              /s/
                                             CAROLYN WALKER-DIALLO
                                             Assistant Corporation Counsel

TO:    Christopher F. Bellistri
          Cronin & Byczek, LLP
          1981 Marcus Avenue
          Lake Success, NY  11042

07 Civ. 3085 (SAS) (GWG)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISSANDER DONES,

                                        Plaintiff,

- against -

THE CITY OF NEW YORK, et al.,

                                        Defendants.

**NOTICE OF APPEARANCE**

**MICHAEL A. CARDOZO**
*Corporation Counsel of the City of New York*
Attorney for Defendants
100 Church Street, Room 2-140
New York, NY  10007-2601


Of Counsel:   Carolyn Walker-Diallo
Tel:   (212) 788-0868


NYCLIS No. : 2007-014884

*Due and timely service is hereby admitted.*

New York, N.Y.  ......................................, 200…...

    ....................................................................

Attorney for................................................................