

| | | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | CAROLYN WALKER-DIALLO<br>*Assistant Corporation Counsel*<br>Phone: (212) 788-0868<br>Fax: (212) 788-8877<br>cwalker@law.nyc.gov |

November 9, 2007

BY HAND DELIVERY

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 510
New York, New York 10007

MEMORANDUM ENDOR...

    Re:    Dones v. City of New York, et al. 07 CV 3085 (SAS) (GWG)

Dear Judge Gorenstein:

        I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York assigned to defend the above-referenced matter. I write to request an extension of the discovery period and the time to conduct depositions, and an adjournment of the settlement conference, currently scheduled for November 19, 2007. Plaintiff consents to this request.

        At present, depositions are scheduled to conclude on Monday, November 12, 2007, and discovery is set to close on December 10, 2007. However, due to a change in lead attorneys for both plaintiff and defendants, and scheduling conflicts between counsel, the parties have not been able to schedule the depositions of the plaintiff and the individual defendants in this case. Moreover, defendants are awaiting plaintiff's responses to their interrogatories and document requests, which were served on plaintiff on August 10, 2007. Plaintiff has informed defendants they will provide responses as soon as possible. As such, defendants request until January 14, 2008 for the parties to complete discovery in this case, including depositions.

        Moreover, defendants respectfully request that the settlement conference currently scheduled for November 19, 2007 be adjourned to a date after the close of new proposed discovery date. Defendants have requested a settlement demand from plaintiff's counsel and

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
November 9, 2007
Page 2

have been informed that a demand will be forthcoming. Furthermore, since depositions have not been conducted, and since defendants are awaiting responses to their discovery requests, defendants are not in a position to discuss settlement at this time.

       I thank the Court for its attention to this matter.

                              Respectfully submitted,

                              Carolyn Walker-Diallo
                              Assistant Corporation Counsel

c:     Linda M. Cronin, Esq.
       (By Facsimile)

*[Handwritten order:]* The settlement conference is adjourned sine die. The defendants shall write to the Court as soon as both parties are prepared to discuss settlement. All other requests must be made to Judge Scheindlin.

SO ORDERED. DATE: 11/13/2007

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE