USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08



MICHAEL A. CARDOZO
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

CAROLYN WALKER-DIALLO
*Assistant Corporation Counsel*
Phone: (212) 788-0868
Fax: (212) 788-8877
cwalker@law.nyc.gov

February 11, 2008

BY HAND DELIVERY

Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007



RECEIVED
CHAMBERS OF
FEB 14 2008
JUDGE SCHEINDLIN

  Re: Dones v. City of New York, et al.
    Docket No.: 07 CV 3085 (SAS) (GWG)
    Law Dep't No: 02LE000087

Dear Judge Scheindlin:

  I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York assigned to defend the above-referenced matter. With plaintiff's counsel's consent, City defendants write to respectfully request that the discovery period be extended from February 22, 2008 to March 24, 2008. The parties previously made a joint request for an extension of the discovery period.

  The additional time is needed because I am preparing to commence a trial the week of February 25, 2008 before the Honorable John G. Koeltl in the matter Howard v. The City of New York Human Resources Administration, docket number 02 Civ. 5817. As such, due to work obligations in connection with preparing for trial, I have been unable to schedule depositions before the close of discovery.

  I thank the Court for its attention to this matter.

*[Handwritten endorsement:]* Request denied. There have been two prior adjournments — one from Dec 10 to Jan 22 — one from Jan 22 to Feb 22. The last adjournment was endorsed "No further adjournments for any reason." So Ordered. /s/ [signature] USDJ 2/14/08

Honorable Shira A. Scheindlin
United States District Judge
February 11, 2008
Page 2

Respectfully submitted,

Carolyn Walker-Diallo
Assistant Corporation Counsel

c:   Linda M. Cronin, Esq.
     (By Facsimile)