UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
LISSANDER DONES,

                                Plaintiff,

      - against -

THE CITY OF NEW YORK, et al.,

                              Defendants.

------------------------------------------------------------------- x

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

07 Civ. 3085 (SAS) (GWG)

      **PLEASE TAKE NOTICE** that upon Defendants' Statement of Undisputed Facts pursuant to Rules 56.1 of the Local Rules of this Court, dated April 15, 2008, the Declaration of Carolyn Walker-Diallo, dated April 15, 2008, and the exhibits annexed thereto, the Declaration of Patrick Sullivan, dated April 15, 2008, and the exhibits annexed thereto, the Declaration of Francis X. Teran, dated April 15, 2008, Defendants' Memorandum of Law in Support of their Motion for Summary Judgment, dated April 15, 2008, and upon all other pleadings and proceedings previously had herein, City Defendant will move this Court, before the Honorable Shira A. Scheindlin, United States District Judge, Southern District of New York, at the Courthouse thereof, located at 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Defendants' summary judgment and dismissing the Complaint, entering judgment for Defendants', and granting Defendants costs, fees, and disbursements, together with such other and further relief as the Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Order dated March 3, 2008, answering papers, if any, are to be served by May 6, 2008, and reply papers, if any, are to be served by May 20, 2008.

Dated:     New York, New York
           April 15, 2008

                                        **MICHAEL A. CARDOZO**
                                        Corporation Counsel of the City of New
                                        York
                                        Attorney for Defendants
                                        100 Church Street, Room 2-140
                                        New York, New York 10007-2601
                                        Telephone: (212) 788-0868
                                        Email: cwalker@law.nyc.gov

                                  By:   _____
                                        Carolyn Walker-Diallo
                                        Assistant Corporation Counsel


To:    **CRONIN & BYZCEK**
       1981 Marcus Avenue
       Lake Success, NY 11042
       Attn: Rocco Avallone, Esq.

07 CV 3085 (SAS) (GWG)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISSANDER DONES,

                        Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                        Defendants.

**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**MICHAEL A. CARDOZO**
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street, Room 2-140
New York, N.Y. 10007-2601

Of Counsel:  Carolyn Walker-Diallo
Tel:  (212) 788-0868

NYCLIS No. 2007-014884

*Due and timely service is hereby admitted.*

New York, N.Y. ........................................, 200 . . .

.................................................................................

Attorney for ............................................................