**EXHIBIT 9**

CLOSED, MJSELECT

# U.S. District Court
## Eastern District of New York (Brooklyn)
### CRIMINAL DOCKET FOR CASE #: 1:04-cr-00182-CBA-2

Case title: USA v. Rachko et al

Other court case number: 03-1788 USDC-EDNY

Magistrate judge case number: 1:03-mj-01794-MDG

Date Filed: 02/26/2004

Date Terminated: 11/07/2006

Assigned to: Judge Carol B. Amon

**Defendant (2)**

**Julio Vasquez**
*TERMINATED: 11/07/2006*

represented by **Eric P. Franz**
Law Offices of Eric Franz
233 Broadway
18th floor
New York, NY 10279
(212) 406-1700
Fax: 212-406-2313
Email: EFranzlaw@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Moschella**
Karasyk & Moschella, LLP
225 Broadway
32nd Floor
New York, NY 10007
(212) 233-3800
Fax: (212) 233-3801
Email: jmoschella@kmattorneys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Steven J. Brill**
115 Broadway
17th Floor
New York, NY
212 566-1000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 and 841(b)(1)(A)(ii)(II); 18: 3551 et seq-CONSPIRACY TO DISTRIBUTE NARCOTICS (3) | IMPRISONMENT: 72 months; SUPERVISED RELEASE: 5 years; SPECIAL CONDITION: Participation is substance abuse treatment program; FINE: $10,000.00 (to be paid in 6 months); SPECIAL ASSESSMENT: $100.00. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1956(h), 1956(a)(1)(B)(i) and 3551 et seq- CONSPIRACY TO LAUNDER MONEY- INTERSTATE COMMERCE (1) | Dismissed on Motion of the Govt. |
| 18:1956(a)(1)(B)(i) and 3551 et seq- MONEY LAUNDERING - INTERSTATE COMMERCE (2) | Dismissed on Motion of the Govt. |
| 18:924(c)(1)(A)(i), 2 and 3551 et seq- Knowingly and intentionally use and carry one or more firearms during and in relation to a drug trafficking crime (4) | Dismissed on motion of the Govt. |
| 18:1001(a)(2), 2 and 3551 et seq- Knowingly and willfully make materially false, fictitious and fraudulent statements. (5) | Dismissed on motion of the Govt. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18 U.S.C. secs. 1001(a)(2) and 2 - defts did knowingly and willfully make materially false, fictitious and fraudulent statements and representations to a Special Agent of ICE. | |

**Plaintiff**

**USA**                                                represented by   **Steven Harley Breslow**
                                                                        United States Attorneys Office
                                                                        Criminal Division
                                                                        Eastern District of New York
                                                                        271 Cadman Plaza East
                                                                        Brooklyn, NY 11201-1820
                                                                        (718) 254-6243
                                                                        Fax: 718-254-6325
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2003 | 1 | SEALED Affidavit in Support of Arrest Warrants/COMPLAINT as to Thomas Rachko (1), Julio Vasquez (2). (Frullo, Veronica)[1:03-mj-01794-MDG] (Entered: 12/08/2003) |
| 12/02/2003 | 2 | Arrest Warrant Issued by Marilyn D. Go as to Thomas Rachko, Julio Vasquez. (Frullo, Veronica)[1:03-mj-01794-MDG] (Entered: 12/08/2003) |
| 12/03/2003 | 3 | Order to Unseal Case as to Thomas Rachko, Julio Vasquez. Signed by Judge Roanne L. Mann on 12/03/03. (Frullo, Veronica)[1:03-mj-01794-MDG] (Entered: 12/08/2003) |
| 12/03/2003 |  | Arrest of Thomas Rachko, Julio Vasquez (Frullo, Veronica)[1:03-mj-01794-MDG] (Entered: 12/08/2003) |
| 12/03/2003 | 7 | Minute Entry for proceedings held before Roanne L. Mann :Initial Appearance as to Julio Vasquez held on 12/3/2003. AUSA Steven Breslow present. Deft present w/counsel James Moschella. Deft arraigned. Detention hearing held; deft released on $500[1:03,000 bond. Preliminary hearing waived. (Tape #03/285 (2910-4560).) (Frullo, Veronica)[1:03-mj-01794-MDG] (Entered: 12/08/2003) |
| 12/03/2003 | 8 | Secured Bond Entered as to Julio Vasquez in amount of $ 500,000. Conditions of release: deft's travel is restricted to New York City; deft shall avoid all contact and not associate with Tom Rachko; deft shall surrender any and all passports[1:03 to PTS by 12/04/03 and shall not apply for any other passport; deft is subject to random visits by a OTS officer at deft's home and/or place of work; deft must report to PTS once a week in person; and, deft must undergo random drug testing. The[1:03 bond is secured by the premises located at 386 Dean Street, Brooklyn, NY owned by Julio and Elba Vasquez. (Signed by Magistrate Judge Mann on 12/03/03) (Frullo, Veronica)[1:03-mj-01794-MDG] (Entered: 12/08/2003) |
| 12/03/2003 | 9 | CJA 23 Financial Affidavit by Julio Vasquez (Frullo, Veronica)[1:03-mj-01794-MDG] (Entered: 12/08/2003) |

| 12/03/2003 | 10 | NOTICE OF ATTORNEY APPEARANCE: James M. Moschella appearing for Julio Vasquez (Frullo, Veronica)[1:03-mj-01794-MDG] (Entered: 12/08/2003) |
| 12/31/2003 | 13 | Minute Entry for proceedings held before Viktor V. Pohorelsky :Docket Call as to Thomas Rachko, Julio Vasquez held on 12/31/2003 (Tape #03/309 (0-103).) AUSA Steve Brelsow present. Dft Rachko present w/ counsel Ronald Kliegberman; dft Vasquez presen[1:03t w/ counsel Steve Brill. Time excluded from 12/31 to 1/30/04. (Yuen, Sui-May)[1:03-mj-01794-MDG] (Entered: 01/05/2004) |
| 12/31/2003 | 12 | NOTICE OF ATTORNEY APPEARANCE: Steven J. Brill appearing for Julio Vasquez (Yuen, Sui-May)[1:03-mj-01794-MDG] (Entered: 01/05/2004) |
| 12/31/2003 | | Attorney update in case as to Julio Vasquez. Attorney James M. Moschella terminated. (Yuen, Sui-May)[1:03-mj-01794-MDG] (Entered: 01/05/2004) |
| 12/31/2003 | 15 | ORDER TO CONTINUE - Ends of Justice as to Julio Vasquez Time excluded from 12/31/03 until 1/30/04 . Signed by Judge Viktor V. Pohorelsky on 12/31/03. (Yuen, Sui-May)[1:03-mj-01794-MDG] (Entered: 01/05/2004) |
| 01/26/2004 | 16 | TRANSCRIPT of Proceedings as to Thomas Rachko, Julio Vasquez held on 12/3/03 before Judge Mann. (Yuen, Sui-May)[1:03-mj-01794-MDG] (Entered: 01/26/2004) |
| 02/03/2004 | 20 | Minute Entry for proceedings held before Roanne L. Mann :Docket Call for an application for an order of excludable delay as to Julio Vasquez held on 2/3/2004. AUSA Shannon Jones present for Steven Brelsow. Deft present w/counsel Eric Franz. Order of [1:03excludable delay from 02/03/04 through 03/03/04 eneterd. (Tape #04/28 (4264-4716).) (Frullo, Veronica)[1:03-mj-01794-MDG] (Entered: 02/04/2004) |
| 02/03/2004 | 21 | ORDER TO CONTINUE - Ends of Justice as to Julio Vasquez. Time excluded from 02/03/04 until 03/03/04. Signed by Judge Roanne L. Mann on 02/03/04. (Frullo, Veronica)[1:03-mj-01794-MDG] (Entered: 02/04/2004) |
| 02/26/2004 | 22 | INDICTMENT as to Thomas Rachko (1) count(s) 1, 2, 3, 4, 5, Julio Vasquez (2) count(s) 1, 2, 3, 4, 5. (Permaul, Jenny) (Entered: 03/02/2004) |
| 03/12/2004 | 23 | Minute Entry for proceedings held before Marilyn D. Go :Arraignment as to Julio Vasquez (2) Count 1,2,3,4,5 held on 3/12/2004, Plea entered by Julio Vasquez Not Guilty on counts 1,2,3,4,5. Status Conf. st for 3/18/04 at 9:30 (Tape #not indicated.) (Permaul, Jenny) (Entered: 03/24/2004) |
| 03/18/2004 | 29 | Minute Entry for proceedings held before Carol B. Amon :Status Conference as to Thomas Rachko, Julio Vasquez held on 3/18/2004. Further Conf. set for 4/16/04 at 2:30. OED entered (plea discussions) (Court Reporter Burt Sulzer.) (Permaul, Jenny) (Entered: 04/22/2004) |

| 03/18/2004 | 30 | ORDER TO CONTINUE - Ends of Justice as to Thomas Rachko, Julio Vasquez Time excluded from 3/18/04 until 4/16/04. Signed by Judge Carol B. Amon on 3/18/04. (Permaul, Jenny) (Entered: 04/22/2004) |
| 04/14/2004 | 26 | Writ of Habeas Corpus ad Testificandum Returned Executed for Joshua De La Cruz on 4/7/04 at 10:00 a.m. at EDNY. in case as to Thomas Rachko, Julio Vasquez (Permaul, Jenny) (Entered: 04/14/2004) |
| 04/14/2004 | 28 | Minute Entry for proceedings held before Carol B. Amon :Plea entered by Julio Vasquez (2) Guilty Count 3.. Sentencing set for 7/8/04 at 9:30. (Court Reporter Stephanie Drexler.) (Permaul, Jenny) (Entered: 04/20/2004) |
| 05/12/2004 | 33 | ORDER as to Thomas Rachko, Julio Vasquez: Application granted; the 5/14/04 status conf. is adjourned from 5/14/04 to 5/17/04 at 3:30. Signed by Judge Carol B. Amon on 5/6/04. (See letter dated 5/6/04 from Jeffrey Lichtman, Esq.) (Permaul, Jenny) (Entered: 05/12/2004) |
| 06/17/2004 | 37 | Writ of Habeas Corpus ad Testificandum Issued as to Ernesto Baez for June 10, 2004 in the case as to Thomas Rachko and Julio Vasquez for the purpose to provide information to the U.S. Attorney's Office. (Permaul, Jenny) (Entered: 06/17/2004) |
| 07/09/2004 | 40 | SEALED Letter dated 6/30/04; date of Sealing 7/6/04 as per order of Judge Amon. (Permaul, Jenny) (Entered: 07/09/2004) |
| 10/20/2004 | 43 | CONSENT ORDER OF FORFEITURE as to Julio Vasquez. Signed by Judge Carol B. Amon on 9/30/04. (Black, Amanda) (Entered: 10/20/2004) |
| 10/28/2004 | 44 | ORDER as to Julio Vasquez; Application granted. . Signed by Judge Carol B. Amon on 10/25/04. (Endorsed on letter dated 10/22/04 from Eric Franz) (Fernandez, Erica) (Entered: 10/28/2004) |
| 01/04/2005 | 45 | AMENDED CONSENT ORDER OF FORFEITURE as to Julio Vasquez . Signed by Judge Carol B. Amon on 12/30/04. (4 certified copies fwd to AUSA Claire S. Kedeshian) (Fernandez, Erica) (Entered: 01/04/2005) |
| 01/10/2005 | 46 | SEALED DOCUMENT: Letter. (Black, Amanda) (Entered: 01/10/2005) |
| 05/13/2005 | 49 | SEALED DOCUMENT: Govt Letter dated 5/2/05. (Black, Amanda) (Entered: 05/13/2005) |
| 07/27/2005 | 50 | SEALED DOCUMENT: Letter filed (Permaul, Jenny) (Entered: 07/27/2005) |
| 08/03/2005 | 51 | ORDER as to Julio Vasquez: Application granted; Deft. permitted to travel with his family on the dates indicated in this document. Ordered by Judge Carol B. Amon on 7/27/05. (Endorsed on letter dated 7/27/05 from Eric Franz, Esq.) (Permaul, Jenny) (Entered: 08/03/2005) |
| 08/26/2005 | 53 | NOTICE OF HEARING re modification of bail as to Julio Vasquez Bond Hearing set for 8/31/2005 11:00 AM before Judge Carol B. Amon. |

| | | (Glenn, Marilyn) (Entered: 08/26/2005) |
|---|---|---|
| 08/26/2005 | 54 | NOTICE OF ATTORNEY APPEARANCE: Eric P. Franz appearing for Julio Vasquez (Franz, Eric) (Entered: 08/26/2005) |
| 08/31/2005 | 56 | Minute Entry for proceedings held before Carol B. Amon : AUSA: Steve Bresslow; Steven Brill, Esq. for the deft.; Status Conference as to Julio Vasquez held on 8/31/2005. RULINGS: Govt.'s application to amend deft.'s bail conditions to home comfinement and electronic monitoring and to have deft. bear te cost of the electronic monitoring is GRANTED. (Court Reporter Winnie Valentin.) (Permaul, Jenny) (Entered: 09/02/2005) |
| 09/02/2005 | 55 | SEALED ENVELOPE. (Vaughn, Terry) (Entered: 09/02/2005) |
| 12/16/2005 | 61 | Minute Entry for proceedings held before Carol B. Amon : AUSA: Steven Breslow; Eric Franz, Esq. and Steven Brill, Esq. for the Deft.; Status Conference as to Julio Vasquez(Appearance Waived) held on 12/16/2005. Sentencing adjourned to 2/17/2006 at 09:30 AM before Judge Carol B. Amon. (Court Reporter A. Dandridge.) (Permaul, Jenny) (Entered: 12/28/2005) |
| 12/28/2005 | 60 | SEALED Letter placed in vault; (Govt. Letter dated 11/30/05); Date of Sealing: 12/20/05 as per order of Judge Amon) (Permaul, Jenny) (Entered: 12/28/2005) |
| 12/28/2005 | 62 | SEALED Letter placed in vault(Govt. letter dated 12/20/05); Date of Sealing: 12/20/05 as per order of Judge Amon. (Permaul, Jenny) (Entered: 12/28/2005) |
| 12/28/2005 | 63 | ORDER as to Julio Vasquez: Application granted; deft.'s appearance at the 12/15/05 conf. is wavied. Ordered by Judge Carol B. Amon on 12/15/05. (Endorsed on letter dated 12/15/05 from Eric Franz, Esq.) (Permaul, Jenny) (Entered: 12/28/2005) |
| 02/02/2006 | 64 | SEALED Letter placed in vault(Govt. letter dated 1/27/06); Date of Sealing: 1/30/06 as per order of Judge Amon. (Fernandez, Erica) (Entered: 02/02/2006) |
| 02/17/2006 | 65 | Minute Entry for proceedings held before Carol B. Amon : AUSA: Steven Breslow; Jeffery Lictman, Esq. by Mariewl Lasasso, Esq. for deft. Rachko; Eric Franz, Esq. for deft. Julio Vasquez. Status Conference as to Thomas Rachko, Julio Vasquez held on 2/17/2006. RULINGS: Deft. RACHKO: Sentencing set for 3/14/06 at 9:30. Sentence submissions: Govt-3/2/06; Deft:- 3/7/06. Deft. VASQUEZ: Status Conf. set for 3/30/06 at noon. (Court Reporter Winnie Valentin.) (Permaul, Jenny) (Entered: 02/21/2006) |
| 02/23/2006 | 66 | SEALED LETTER placed in vault(Govr. letter dated 2/21/06); Date of Sealing 2.21.06 as per order of Judge Amon. (Permaul, Jenny) (Entered: 02/23/2006) |
| 03/29/2006 | 70 | TRANSCRIPT of Status Conf. as to Julio Vasquez held on February 17, 2006 before Judge Carol B. Amon. AUSA: Steven Breslow; Steven Brill |

| | | and Mariel Nasso, Esqs. for the Deft.; Court Transcriber: Rosalie Lombardi c/o Transcription Plus II. (Permaul, Jenny) (Entered: 03/30/2006) |
|---|---|---|
| 03/30/2006 | 71 | Minute Entry for proceedings held before Carol B. Amon : AUSA: Steven Breslow; Eric Franz, Esq. for the Deft.. Status Conference as to Julio Vasquez held on 3/30/2006. Sentencing adjourned without date. Further conf. set for 4/28/06 at 2:00. (Court Reporter Gene Rudolph.) (Permaul, Jenny) (Entered: 04/03/2006) |
| 05/03/2006 | 72 | SEALED Letter as to Thomas Rachko, Julio Vasquez; (Govt.letter dated 4/3/06); Date of Sealing: 5/1/06 as per order of Judge Amon. (Permaul, Jenny) (Entered: 05/03/2006) |
| 06/01/2006 | 73 | ORDER as to Julio Vasquez: Application granted; Mr. Vasquez's bail conditions are modified as set forth in this document. Ordered by Judge Carol B. Amon on 5/22/06.(Endorsed on letter dated 5/12/06 from Liane Chinwalla, Esq.) (Permaul, Jenny) (Entered: 06/01/2006) |
| 06/02/2006 | 74 | Minute Entry for proceedings held before Carol B. Amon : AUSA: Steve Breslow -by Margo Brodie; Jeffrey Lichtman, Esq. by Mariel Lasasso, Esq. for deft. Thomas Rachko; Julio Vasquez, Esq. for the Deft.; Status Conference as to Thomas Rachko, Julio Vasquez held on 6/2/2006. RULINGS: Deft. Rachko: Sentening adjourned to 7/17/06 at 2:30; Deft. Vasquez: Further conf. set for 7/17/06 at 2:00. Sentencing adjourned w/o date. (Court Reporter Marsha Diamond.) (Permaul, Jenny) (Entered: 06/16/2006) |
| 07/17/2006 | 75 | Letter *request for adjournment of status conference* as to Julio Vasquez (Franz, Eric) (Entered: 07/17/2006) |
| 07/18/2006 | 76 | ADJOURNMENT NOTICE as to Julio Vasquez Status Conference previously set for 7/17/06 is adjourned to 7/20/2006 at 09:30 AM before Judge Carol B. Amon. (Permaul, Jenny) (Entered: 07/18/2006) |
| 07/19/2006 | 77 | SEALED Letter placed in vault. ( Govt. letter dated 7/10/06); Date of Sealing: 7/18/06 as per order of Judge Amon.(Permaul, Jenny) (Entered: 07/19/2006) |
| 07/24/2006 | 78 | ORDER as to Julio Vasquez: Application granted. The 7/20/06 conf. is adjourned to 8/3/06 at 10:00. Ordered by Judge Carol B. Amon on 7/17/06. (Endorsed on letter dated 7/17/06 from Eric Franz, Esq.) (Permaul, Jenny) (Entered: 07/24/2006) |
| 08/08/2006 | 79 | Minute Entry for proceedings held before Carol B. Amon : AUSA: Adam Abensohn; Eric Franz, Esq. for the Deft.; Status Conference as to Julio Vasquez held on 8/8/2006. Sentencing set for 9/22/06 at noon. (Court Reporter Alan Sherman.) (Permaul, Jenny) (Entered: 08/14/2006) |
| 08/15/2006 | 80 | Letter as to Julio Vasquez (Franz, Eric) (Entered: 08/15/2006) |
| 08/23/2006 | 81 | Letter *requesting revised sentencing schedule* as to Julio Vasquez (Abensohn, Adam) (Entered: 08/23/2006) |
| | | |

| 09/12/2006 | 82 | ORDER as to Julio Vasquez: Application granted. Mr. Vasquez is permitted to attend a family wedding on 9/23/06 from 1:00 p.m. to 12:00 a.m. in Brooklyn, New York. Ordered by Judge Carol B. Amon on 8/22/06. (Endorsed on letter dated 8/22/06 from Eric Franz, Esq.) (Permaul, Jenny) (Entered: 09/12/2006) |
|---|---|---|
| 09/20/2006 | 83 | ORDER as to Julio Vasquez: Application granted. Sentencing adjourned to 10/5/06 at 11:00. Ordered by Judge Carol B. Amon on 9/11/06. ( Endorsed on letter dated 8/23/06 from AUSA Adam Abensohn) (Permaul, Jenny) (Entered: 09/20/2006) |
| 10/05/2006 | 88 | Minute Entry for proceedings held before Carol B. Amon : AUSA: Adam Abensohn, Esq. for the Deft.; Eric Franz, Esq. for the Deft.; Sentencing held on 10/5/2006 for Julio Vasquez (2), Count(s) 1, 2, Dismissed on Motion of the Govt.; Count(s) 3, IMPRISONMENT: 72 months; SUPERVISED RELEASE: 5 years; SPECIAL CONDITION: Participation is substance abuse treatment program; FINE: $10,000.00 (to be paid in 6 months); SPECIAL ASSESSMENT: $100.00.; Count(s) 4, 5, Dismissed on motion of the Govt.. Deft. is orderd to surrender to designated institution on 11/30/06. Govt.'s downward departure motion granted. (Court Reporter Andrija Dandridge.) (Permaul, Jenny) (Entered: 11/07/2006) |
| 10/13/2006 | 85 | TRANSCRIPT of Sentencing as to Julio Vasquez held on 10/5/06 before Judge Carol B. Amon. Court Transcriber: Shari Reimer; Audio Operator: A. Dandridge; AUSA: Adam Abensohn; Eric Franz,Esq. and Steven Brill, Esq. for the Deft. (Permaul, Jenny) (Entered: 10/16/2006) |
| 11/07/2006 | 89 | JUDGMENT as to Julio Vasquez (2), Count(s) 1, 2, Dismissed on Motion of the Govt.; Count(s) 3, IMPRISONMENT: 72 months; SUPERVISED RELEASE: 5 years; SPECIAL CONDITION: Participation is substance abuse treatment program; FINE: $10,000.00 (to be paid in 6 months); SPECIAL ASSESSMENT: $100.00.; Count(s) 4, 5, Dismissed on motion of the Govt. Deft. is to surrender before 2:00 p.m. on 11/30/06. FINAL ORDER OF FORFEITURE singed by Judge Amon attached to this judgment. Ordered by Judge Carol B. Amon on 10/31/06. c/m by chambers (Permaul, Jenny) (Entered: 11/07/2006) |
| 11/29/2006 | 90 | First MOTION to Continue *surrender date* by Julio Vasquez. (Franz, Eric) (Entered: 11/29/2006) |
| 12/04/2006 | 91 | ORDER as to Julio Vasquez: Appplication granted. Mr. Vazquez's surrender dated is adjourned from 11/30/06 to 12/14/06. Ordered by Judge Carol B. Amon on 11/29/06.(Endorsed on copy of ECF Doc. # 90)(Permaul, Jenny) (Entered: 12/04/2006) |

| PACER Service Center |
|---|
| **Transaction Receipt** |
| 04/08/2008 17:16:09 |
| | | | |

| PACER Login: | ny0001 | Client Code: | 06le000182 |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:04-cr-00182-CBA |
| Billable Pages: | 6 | Cost: | 0.48 |