UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

LISSANDER DONES,

                             Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                             Defendants.

------------------------------------------------------------------------ x

**DECLARATION OF PATRICK SULLIVAN**

07 Civ. 3085 (SAS) (GWG)

      **PATRICK SULLIVAN**, declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

      1.    I am an attorney with the New York City Police Department ("NYPD). I submit this declaration in support of Defendants' motion for summary judgment pursuant to Rule 56(b) of the Federal Rules of Civil Procedure.

      2.    Annexed hereto as Exhibits "A" to "D" are documents maintained in the ordinary course of the NYPD's business, are relied upon and cited in Defendants' Local Civil Rule 56.1 Statement of Undisputed Material Facts, and Defendants' Memorandum of law, submitted herewith in support of Defendants' motion.

1. Annexed hereto as Exhibit "A" is a copy of a copy of a Report of Suspension / Modified Assignment for Lissander Dones, dated September 7, 2004.

2. Annexed hereto as Exhibit "B" is a copy of Charges and Specifications, dated September 10, 2004

3. Annexed hereto as Exhibit "C" is a copy of Notice of Amendment of Charges, dated October 26, 2004.

4. Annexed hereto as Exhibit "D" is a copy of the Disposition of Charges, dated June 1, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        April 15, 2008

                                            _____
                                            Patrick Sullivan
                                            Lieutenant, NYPD