**EXHIBIT A**

# OPERATIONS UNIT
## Report of Suspension / Modified Assignment

OU Number: 597

Date: 9/7/2004

The following named member of the Department is hereby:

- ( ) Placed on Modified Assignment and Directed to Report to Personnel Orders Sections 0900 hours, on
- ( ) Relieved from Suspension and place on Modified Assignment and directed to report to Personnel Orders Section 0900 hours, on _____ Original Date of Suspension was
- ( ) Civilian: Suspended from Duty Without Pay Pending Trial of Charges Pursuant to the Administrative Code
- (●) MOS: Suspended from Duty Without Pay Pending Trial of Charges Pursuant to the Administrative Code.

### MOS/MOD

| Field | Value |
|---|---|
| Rank/Title | Det. |
| Last Name | DONES |
| First Name | LISSANDER |
| Shield # | |
| Tax # | |
| Soc Sec # | |
| Command | I.A.B |
| D.O.B. | |
| Date Appointed | 1/21/1985 |
| Date Assigned | 5/11/1995 |
| Res. Pct. | 46 |
| Command Assigned When Incident Occured | I.A.B |

### INCIDENT

Location: I.A.B (GROUP 51)

Background Detail: For the Good of the Department

M.O.S./M.O.D. Arrested?  (●) No   ( ) Yes

Effective Time: 17:45   Date: 9/7/2004

Authority: Chief CAMPISI    I.A.B.

Received From: Sgt. TERAN    I.A.B.

Received By: PO OPHARROW   21:12   9/7/2004   OU Supervisor: Lt. Monaghan

### NOTIFICATIONS (* AM Notifications if Office Closed)

| Rank/Name | | Time | Rank/Name | | Time |
|---|---|---|---|---|---|
| P.C.O. x5410 | AM NOTES | | Ch. Dept. x6710 | AM NOTES | |
| Ch. Pat. x6735 | AM NOTES | | First DPC x6420 | AM NOTES | |
| *Ch. Pers. x6612 | AM NOTES | | DCPI x6700/4133 | GIFFORD | 21 20 |
| Boro | INSP DUFFY | 17:45 | Member's Commd | SGT GARLAND | 17 45 |
| IAB (480) 212-741-8401 | SGT TERAN | 17 45 | *Trial Cal. x5147 | | |
| *Payroll x8127, 8115, 8128, 8131, 8132, 8143 | AM NOTES | | Other | 04-27113 | |
| Other | | | Other | | |

NYPD 00001

**EXHIBIT B**

## CH. AND SPECIFICATIONS

PD 468-121 (Rev. 1-02) Pret

| Date |
|---|
| September 10, 2004 |

| Command | Serial No | I.A.B Log No | I.A.B Member Notified | Department Advocate's Office Serial Number |
|---|---|---|---|---|
| IAB GROUP #4 | I.A.B. NO. 217 | 04-28478 | P.O. Hinds | 80292/04 |

### TO THE POLICE COMMISSIONER:

| | Rank-Title | Surname | First Name | Initial | Shield No | Tax Reg No. |
|---|---|---|---|---|---|---|
| I hereby CHARGE | DET | DONES | LISSANDER | | 2648 | 885547 |

| Squad or Chart No. | Command | Date Entered Dept. |
|---|---|---|
| | INTERNAL AFFAIRS BUREAU | 01/21/85 |

with VIOLATION OF DEPARTMENT REGULATIONS

### SPECIFICATIONS

in that:

1. Said Detective Lissander Dones, assigned to Internal Affairs Bureau, on or about November 26, 2003 and November 28, 2003 did wrongfully and without just cause prevent or interfere with an official Department investigation.

PG 203-10  Pg. #1 para. #2(d)          PROHIBITED CONDUCT          CODE C3

2. Said Detective Lissander Dones, assigned as indicated in Specification #1, on or about November 26, 2003 and November 28, 2003, wrongfully divulged or disclosed official Department business.

PG 203-10  Pg. #1 para. #3          PROHIBITED CONDUCT          CODE 18

*Valrie Jackson*
Inspector

FILED
REC... OF APPROVAL
DATE 9/14/04
APPROVED
DATE _____

Instructions: After all specifications are entered, list witnesses for the department (If witness is civilian, enter name and address on Official Letterhead PD 158-151). If member of the force, give rank, name, shield number and command. Also indicate scheduled vacation (if any), chart squad no. or working schedule of complainant, respondent and witnesses (if member of the department)

NYPD 00003

1ST ENDORSEMENT

C.O. Support Services _____ to the POLICE COMMISSIONER, September 21, _____ 20 04  I concur with the issuance of charges and specifications.

William J. Crawley
Deputy Chief

## INSTRUCTIONS FOR SERVICE OF CHARGES AND SPECIFICATIONS

1. Respondent will sign and complete where appropriate:

   a. original charges and specifications
   b. vacation and military leave form
   c. two (2) copies of instructions and receipt of charges and specifications
   d. agreement to accept service of notice form (when requested in suspension cases only).

2. Respondent will receive:

   a. one (1) copy of charges and specifications
   b. one (1) copy of instructions and receipt of charges and specifications form

## ACKNOWLEDGEMENT OF SERVICE

I acknowledge due personal service on me of the within Charges and Specifications and notice of Hearing, this 14th day of OCTOBER, 2004 at 8:50 AM/PM.

WITNESS _____    RESPONDENT _____
(Rank Title)    (Signature)         (Rank Title)    (Signature)

### DATE STAMP

| D.A.O. (Out) | CMD PREFER C&S (In) (Out) | HIGHER COMMAND (In) (Out) | D.A.O. (In) |

**EXHIBIT C**

```
------------------------------------------------------  x
                                                        x
POLICE DEPARTMENT CITY OF NEW YORK                      x
                              - Petitioner -            x     NOTICE OF AMENDMENT
                                                        x         OF CHARGES
       - against -                                      x
                                                        x     DISCIPLINARY   CASE
DETECTIVE LISSANDER DONES                               x     No. 80292/04
Tax Registry No.                                        x
                              - Respondent -            x
------------------------------------------------------  x
```

PLEASE TAKE NOTICE that on **October 26, 2004** Counsel for Petitioner amends the original Charges which were served on Respondent, as follows:

*Specifications # 3 & 4 should be added to read:*

3.    Said Detective Lissander Dones assigned to the Internal Affairs Bureau, during an official department investigation, conducted by Lieutenant Ronald Mejia and Sergeant Francis Teran of Internal Affairs Bureau Group #41, on September 7, 2004, pursuant to the provisions of Patrol Guide Section 206-13 did wrongfully make false and misleading statements.

        P.G. 203 -08 Pg#1 Para #1  PROHIBITED CONDUCT

4.    Said Detective Lissander Dones assigned to the Internal Affairs Bureau, on or about November 28, 2004, while off duty, did wrongfully and without just cause operate a Department vehicle # 169 without permission or authority to do so.

        P.G., #203-05 PAGE 1, PARA 16 Performance of Duty - general
        GENERAL REGULATIONS

5    Said Detective Lissander Dones assigned to the Internal Affairs Bureau, on or about November 28, 2004, while off duty, did access a Department computer, IAB PRO, and make unofficial inquires for non Departmental purposes.

        P.G., #219-14 PAGE 1, PARA 2   Department Computer Systems
        DEPARTMENT PROPERTY

Dated: **October 22, 2004**
New York, New York

_[signature]_
Joseph Lassen
Sergeant
Department Advocate's Office
One Police Plaza, Room 414
New York, NY 10038
(646)610-6290

_[signature]_
Det Lissander Dones

10-28-04
DATE

_[signature]_
WITNESS

10/28/04            9 30 AM
DATE                TIME

# EXHIBIT D

# DISPOSITION OF CHARGES
PD 468-142A (7-93)-h2

| | |
|---|---|
| CASE NO. | 80292/04 |
| BOOK & PAGE NO. | 1 of 2 |
| PERSONNEL ORDER NO. | |

**SPECIFICATIONS AGAINST**
RANK/SURNAME: Detective Dones, Lissander    FIRST    M.I.
COMMAND: Housing Borough Bronx/Queens

SHIELD NO.    TAX REGISTRY NO.    SOCIAL SECURITY NO.    DATE APPOINTED: January 21, 1985

RANK/NAME OF COMPLAINANT: Inspector Vairie Jackson
COMMAND: IAB GROUP #41

DATE OF CHARGES: September 10, 2004
DATE TRIAL COMMENCED: February 1, 2005
DATE TRIAL CONCLUDED: February 2, 2005

TRIAL COMMISSIONER: Honorable Robert W. Vinal

| SPECIFICATIONS | DISPOSITION | RECOMMENDED PENALTY PLEA ☐ TRIAL ☒ |
|---|---|---|
| 1. Said Detective Lissander Dones, assigned to Internal Affairs Bureau, on or about November 26, 2003 and November 28, 2003 did wrongfully and without just cause prevent or interfere with an official Department investigation. | NOT GUILTY | It is recommended that the Respondent forfeit 20 vacation days. |
| 2. Said Detective Lissander Dones, assigned as indicated in Specification No. 1, on or about November 26, 2003 and November 28, 2003, wrongfully divulged or disclosed official Department business. | GUILTY | |
| 3. Said Detective Lissander Dones assigned to the Internal Affairs Bureau, during an official Department investigation, conducted by Lieutenant Ronald Mejia and Sergeant Francis Teran of Internal Affairs Bureau Group #41, on September 7, 2004, pursuant to the provisions of Patrol Guide Section 206-13 did wrongfully make false and misleading statements. *(As amended)* | NOT GUILTY | |

Reviewed by Deputy Commissioner of Trials

_____ DEPUTY COMMISSIONER    6/1/05 DATE

Police Commissioner's Approval:
☒ Approved
☐ Disapproved
☐ Other Action (Describe)

NYPD 00032

# DISPOSITION OF CHARGES

PD 468-142A (7-93)-h2

| | |
|---|---|
| CASE NO. | 80292/04 |
| BOOK & PAGE NO. | 2 of 2 |
| PERSONNEL ORDER NO. | |

**SPECIFICATIONS AGAINST**

| RANK/SURNAME, | FIRST | M.I. | COMMAND |
|---|---|---|---|
| Detective Dones, Lissander | | | Housing Borough Bronx/Queens |

| SHIELD NO. | TAX REGISTRY NO. | SOCIAL SECURITY NO. | DATE APPOINTED |
|---|---|---|---|
| | | | January 21, 1985 |

| RANK/NAME OF COMPLAINANT | COMMAND |
|---|---|
| Inspector Valrie Jackson | IAB GROUP #41 |

| DATE OF CHARGES | DATE TRIAL COMMENCED | DATE TRIAL CONCLUDED |
|---|---|---|
| September 10, 2004 | February 1, 2005 | February 2, 2005 |

**TRIAL COMMISSIONER**

Honorable Robert W. Vinal

| SPECIFICATIONS | DISPOSITION | RECOMMENDED PENALTY PLEA ☐ TRIAL ☒ |
|---|---|---|
| 4. Said Detective Lissander Dones assigned to the Internal Affairs Bureau, on or about November 28, 2003, while off duty, did wrongfully and without just cause operate a Department vehicle #169 without permission or authority to do so. *(As amended)* | NOT GUILTY | See Card No. 1. |
| 5. Said Detective Lissander Dones assigned to the Internal Affairs Bureau, on or about November 28, 2003, while off duty, did access a Department computer, IAB PRO, and make unofficial inquiries for non-Departmental purposes. *(As amended)* | GUILTY | |

Reviewed by Deputy Commissioner of Trials

DEPUTY COMMISSIONER         DATE

**Police Commissioner's Approval:**

☑ Approved
☐ Disapproved
☐ Other Action (Describe)

NYPD 00033