UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
LISSANDER DONES,

                          Plaintiff,      NOTICE OF APPEARANCE

-against-                                   07 CV 3085

THE CITY OF NEW YORK, POLICE COMMISSIONER
RAYMOND KELLY, in his official capacity,
SERGEANT FRANK TERAN, in his official
And individual capacity, CAPTAIN THOMAS
SCOLLAN, in his official and individual
Capacity, et al,

                      Defendants.
------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as co-counsel in this case for Plaintiff, LISSANDER DONES.

I certify that I am admitted to practice in this Court.

Dated:    Lake Success, New York
          April 18, 2008

                                  Yours etc,
                                  Cronin & Byczek, LLP

                                  */s/ Rocco G. Avallone*

                                  _____
                                  ROCCO G. AVALLONE (RA8055)
                                  Attorneys for Plaintiff,
                                  DONES
                                  1983 Marcus Ave, Suite C-120
                                  Lake Success, New York 11042
                                  (516) 358-1700