



ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08

# CRONIN & BYCZEK, LLP

*Attorneys and Counselors at Law*

**Fountains at Lake Success**
**1983 Marcus Avenue • Suite C-120**
**Lake Success, New York 11042**
(516) 358-1700 • Facsimile (516) 358-1730
E-Mail: Info@cblawyers.net

LINDA M. CRONIN
CHRISTOPHER S. BYCZEK*

DOMINICK REVELLINO
ROCCO G. AVALLONE**

HOWARD GREENWALD

*MEMBER OF NY AND FL BAR
**MEMBER OF NY AND CT BAR

OF COUNSEL
CHRISTOPHER FALCONETTI
DORIS RIOS DUFFY

May 2, 2008

RECEIVED
CHAMBERS OF
MAY 02 2008
JUDGE SCHEINDLIN

VIA FACSIMILE 212-805-7920

Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re: <u>Dones v. City of New York et al</u>, 07 CV 3085 (SAS)

Your Honor:

This office represents the Plaintiff in reference to the above-noted matter.

The defendants have filed a Motion for Summary Judgment. Plaintiff's opposition papers are currently due May 6, 2008. I have been involved in numerous depositions overt the past two weeks, and currently have four additional depositions scheduled for next week. As such, I respectfully request that the time for plaintiff to submit opposition papers be extended to May 23, 2008. I have spoken with defense counsel, Carolyn Walker-Diallo, and she has graciously consented to said extension. I am also asking that should the plaintiff's extension be granted, defendants' reply papers be also extended to June 13, 2008.

Thank you for your anticipated consideration of this request.

Sincerely,

Rocco G. Avallone

RGA:sas
cc: Carolyn Walker Diallo, Esq.
    Via Facsimile - (212) 788-8877

*[Handwritten judicial notation:]* Request denied. This schedule has been set for a long time. You should have planned accordingly. So Ordered. [signature] 5/2/08