Case 1:07-cv-03085-SAS   Document 36-4   Filed 05/06/2008   Page 1 of 4
BSA   02/20/08   DONES vs CITY OF NEW YORK   WITNESS: L. DONES   Look-See(3)

**Carolyn** [1]
3:12
**Carpentry** [1]
13:17
**carpentry** [1]
13:21
**cars** [4]
33:8, 9; 41:5, 10
**case** [12]
3:14; 12:1, 2, 13; 35:4; 49:15;
68:2; 73:7; 77:15; 81:2; 85:11
**cases** [1]
9:25
**cell** [2]
48:18; 71:10
**certificate** [1]
8:3
**certify** [2]
88:8, 13
**chance** [1]
62:12
**Change** [1]
49:19
**change** [2]
49:13; 86:13
**changed** [1]
74:1
**changes** [1]
5:3
**charged** [1]
59:11
**children** [1]
10:10
**Church** [2]
1:16; 2:9
**CITY** [1]
1:5
**City** [5]
2:8; 3:13, 15, 20; 10:5
**civil** [3]
3:24; 50:6; 82:12
**civilian** [1]
20:18
**claim** [1]
67:11
**claiming** [1]
73:6
**clarification** [6]
25:6; 27:22; 49:22; 53:19;
54:9; 70:10
**clarify** [5]
4:22; 39:20; 59:24; 72:13;
83:6
**clear** [2]
67:16; 75:6
**client** [9]
11:4, 24; 12:12, 17; 67:17;
75:1; 76:9, 14, 24
**clients** [1]
9:23
**code** [1]
85:14
**college** [1]
50:7
**coming** [1]
86:7
**COMMISSIONER** [1]
1:5
**Commissioner** [1]
3:15
**committees** [1]
18:3
**common** [3]
57:8; 85:17, 19
**communication** [2]
36:24; 37:1
**communications** [1]
37:5
**company** [1]
11:16
**compared** [1]
82:15
**comparison** [1]
65:13
**Compensation** [1]
14:6
**compensation** [1]
12:14
**complain** [1]
71:21
**Complaint** [1]
87:10
**complaint** [16]
4:9; 26:6; 28:4, 8; 67:5, 7, 8,
10; 72:2, 3; 73:11; 74:7;
79:24; 80:6, 16
**complaints** [3]
20:19, 20, 21
**computer** [8]
59:15, 20, 24, 25; 84:20;
85:9, 12, 20
**computers** [1]
61:9
**Concepcion** [6]
33:21; 35:16, 17, 20; 37:6, 17
**concerning** [12]
4:8, 9; 56:7; 57:7, 12; 59:2,
15; 67:11; 68:2; 72:10; 77:25;
84:20
**concluded** [1]
86:17
**conclusion** [3]
80:8, 10; 86:7
**conclusions** [2]
67:12; 80:8
**condescending** [3]
38:1, 11; 76:22
**condition** [1]
6:16
**conduct** [2]
3:18; 74:11
**conducts** [1]
85:8
**confer** [2]
75:18, 20
**conference** [1]
45:19
**conferred** [1]
42:23
**confidential** [1]
59:2
**confused** [2]
76:12, 14
**connected** [1]
66:3
**consequence** [2]
74:9; 75:8
**consider** [1]
12:7
**considered** [1]
5:14
**consumed** [1]
**consumption** [1]
6:12
**contact** [8]
24:2, 14; 25:4; 28:15; 35:17;
55:19, 21; 69:25
**contains** [1]
65:11
**Control** [1]
2:11
**controlled** [1]
6:4
**conversation** [6]
35:9; 37:12; 43:9, 11; 44:18;
70:3
**conversations** [6]
30:11; 32:17; 35:2, 14; 37:11;
68:1
**convicted** [3]
14:11; 25:25; 26:12
**cop** [2]
27:13; 82:8
**copies** [1]
56:24
**copy** [2]
4:25; 56:20
**corner** [2]
21:7, 9
**CORPORATION** [2]
1:16; 2:7
**corporation** [1]
3:13
**correcting** [1]
32:4
**correctly** [2]
6:22; 83:23
**corruption** [3]
20:19; 57:13, 15
**COUNSEL** [2]
1:16; 2:7
**counsel** [7]
3:13; 61:21, 23; 63:7; 64:1;
65:5; 66:5
**counselor** [1]
76:17
**count** [1]
83:17
**COUNTY** [1]
88:4
**couple** [5]
31:14; 34:19; 38:2; 41:7; 58:5
**COURT** [1]
1:1
**Court** [5]
1:15; 3:21; 4:11, 18; 5:9
**court** [6]
5:11; 7:2, 4; 24:12
**covered** [1]
18:18
**coworkers** [1]
84:12
**crime** [2]
14:11, 13
**criminal** [2]
82:4, 6
**Cronan** [1]
77:19
**CRONIN** [1]
2:3
**Crowley** [24]
39:19, 21, 22; 40:2, 6, 24;
44:12, 16, 19; 46:8; 47:11,
14, 22, 23, 25; 48:17; 52:18;
53:21; 54:4, 5, 7, 9; 77:23
**current** [1]
10:14
**currently** [6]
3:21; 6:1; 12:6; 14:15; 17:11;
79:16
**custody** [2]
46:18, 21
**CV** [1]
1:4

– D –

**damage** [1]
74:13
**damaged** [2]
80:2, 3
**Damages** [1]
80:8
**damages** [6]
10:25; 11:2, 8, 10, 22; 80:12
**danger** [1]
10:2
**data** [1]
60:1
**DATE** [1]
1:11
**Date** [2]
8:16; 87:23
**date** [10]
8:15; 14:22; 15:14, 16; 31:3;
62:4; 64:14; 67:3; 79:5, 11
**day** [54]
7:11; 19:23, 24; 30:18, 21,
24; 31:25; 32:16; 34:20;
48:15; 49:3, 11, 12; 50:3;
52:4, 13; 55:7, 8, 12, 18, 19;
56:2, 7; 57:20; 58:7, 21, 24;
59:6, 14, 23; 60:2, 12, 18, 19;
62:18; 65:18, 19, 25; 70:6,
14, 22; 71:13, 20, 22; 72:17;
77:25; 78:16, 19, 24; 82:7;
86:23; 88:17
**days** [11]
5:21; 20:2; 25:22; 27:24;
60:10; 75:16; 77:14; 81:25;
82:1
**DEA** [6]
17:17; 47:18; 61:24; 62:19;
63:25; 64:6
**deal** [2]
67:14; 80:7
**dealers** [4]
21:5; 25:17; 26:24; 28:20
**dealing** [1]
57:14
**decide** [1]
49:20
**decided** [1]
53:2
**decision** [3]
68:5; 69:23; 70:4
**Defendant** [1]
70:2
**defendant** [5]
7:5, 7; 12:11; 28:3; 29:23
**Defendant's** [1]
64:11
**DEFENDANTS** [2]

Diamond Reporting   (718) 624-7200   From **Carolyn** to **DEFENDANTS**

1:9; 87:2
**Defendants** [22]
  1:15; 2:8; 62:1, 3, 5; 64:13, 16; 65:3, 4, 10, 14, 21, 22, 24; 66:8, 24; 67:2, 19; 79:2, 4, 7
**defendants** [23]
  3:14, 15; 28:2, 5, 23, 24; 29:3, 6; 39:23; 40:1; 47:10; 50:2; 58:6, 9, 18, 20; 59:1; 74:10; 77:22; 78:15; 80:1; 81:18; 84:11
**definitely** [1]
  5:5
**degrees** [3]
  50:7; 82:16
**delegate** [5]
  38:5, 20; 47:17; 71:4, 12
**delineate** [1]
  16:19
**Department** [4]
  2:8; 3:14; 10:5; 24:14
**department** [6]
  15:6; 16:1; 17:3; 18:9; 29:17; 61:9
**depends** [2]
  22:7; 81:7
**deposition** [10]
  3:18, 23; 4:6; 5:1, 5; 6:25; 7:11, 16; 8:24; 86:8
**Deputy** [4]
  3:16; 29:23; 70:12; 83:22
**describe** [1]
  53:24
**describes** [1]
  63:8
**ESCRIPTION** [1]
  87:5
**description** [1]
  21:9
**detail** [6]
  42:12, 15; 47:7; 68:16, 18; 69:8
**Detective** [18]
  4:4; 17:19, 21; 29:11; 33:20; 34:5, 12, 14; 35:10; 37:22; 41:8; 42:6; 48:20; 49:24; 62:9; 79:6; 87:7
**detective** [6]
  17:22; 18:25; 19:4; 23:10; 83:4, 7
**detectives** [4]
  22:18; 23:7; 58:1; 78:21
**Diaz** [20]
  24:18, 19, 24; 25:1, 4, 11; 26:14, 16; 28:18; 29:4; 34:21; 35:11, 14; 37:6, 13, 14; 53:2; 59:16, 21; 86:1
**differ** [1]
  21:15
**differences** [2]
  65:6, 7
**differently** [1]
  84:9
**diploma** [1]
  82:13
**rect** [3]
  65:10; 74:9; 75:8
**directing** [1]
  74:7
**disability** [1]

14:5
**discipline** [1]
  47:3
**discriminatory** [1]
  74:10
**discuss** [1]
  39:5
**discussions** [1]
  29:19
**DISTRICT** [2]
  1:1
**District** [2]
  3:21, 22
**docket** [1]
  3:20
**doctor's** [1]
  6:1
**doctors** [1]
  79:21
**document** [21]
  62:2, 8, 13, 15, 17, 21; 64:12, 20, 24; 66:8, 24; 67:1, 16, 20, 23; 77:21; 79:2, 3, 8, 10, 12
**documentation** [1]
  8:13
**DOCUMENTS** [2]
  87:21, 22
**documents** [2]
  7:15; 66:8
**doesn't** [2]
  75:2; 81:12
**domestic** [3]
  49:14, 18; 83:23
**DONES** [3]
  1:2, 15; 86:20
**Dones** [14]
  3:7, 19; 4:4; 8:1, 6, 11; 12:21; 62:9; 64:15; 79:6; 86:7; 87:7
**door** [6]
  28:22; 29:9; 32:7, 14; 48:6; 51:17
**doubt** [1]
  17:15
**drafted** [1]
  67:10
**drive** [2]
  40:12; 44:17
**driveway** [1]
  31:7
**driving** [2]
  40:11, 24
**drove** [2]
  39:14; 54:20
**drug** [8]
  19:8; 21:5, 12, 22; 25:17; 26:24; 28:19; 57:14
**drugs** [9]
  21:1, 8, 17; 23:13; 25:16; 26:23; 28:19; 34:25; 41:25
**dues** [1]
  17:16
**duly** [2]
  3:2; 88:10
**duty** [16]
  15:10, 13; 49:23; 51:19; 54:14, 15; 55:16; 68:5, 10, 14; 69:12, 21, 24; 70:4; 83:21, 24
**dying** [2]
  82:21, 23

– E –

**eat** [2]
  48:15; 50:2
**economically** [3]
  74:13; 80:2, 3
**economist** [1]
  80:14
**education** [3]
  13:5; 50:8; 82:14
**EEE-010656A** [1]
  2:11
**eligible** [1]
  14:25
**Elite** [2]
  69:17, 18
**elite** [1]
  81:19
**embarrassed** [5]
  39:2; 82:7; 83:10, 12, 13
**embarrassing** [5]
  53:9; 82:1, 10; 83:1, 16
**emergency** [2]
  45:5; 49:3
**emotional** [10]
  73:12, 16; 74:14; 75:9, 10, 17; 77:10; 81:16, 17; 82:24
**employed** [3]
  12:7; 14:15; 73:3
**employment** [1]
  74:12
**en** [1]
  41:9
**encompasses** [1]
  78:2
**encrypted** [1]
  85:11
**end** [1]
  17:13
**Endowment** [2]
  17:19, 21
**ends** [1]
  13:20
**engine** [1]
  31:8
**entitled** [1]
  9:3
**ESQ** [3]
  2:5, 7, 10
**et** [1]
  3:20
**evaluations** [1]
  82:11
**event** [3]
  67:11; 77:11; 82:19
**events** [3]
  63:8; 79:22; 83:5
**everybody** [2]
  56:17; 72:22
**exact** [3]
  15:14, 15; 31:3
**Exactly** [2]
  22:6; 60:20
**exactly** [22]
  15:20; 16:11; 17:3, 7; 20:15; 21:2; 22:7; 23:10; 24:7; 27:25; 35:8; 40:17; 48:23; 55:24; 56:24; 57:19; 61:8; 62:22; 65:20; 68:22; 72:16, 24
**EXAMINATION** [3]

1:14; 3:4; 87:15
**Examination** [1]
  86:16
**examination** [2]
  88:9, 11
**examined** [1]
  3:3
**Except** [1]
  28:25
**except** [1]
  3:24
**Excuse** [2]
  15:11; 18:12
**excuse** [1]
  57:25
**EXHIBIT** [2]
  87:4
**Exhibit** [21]
  62:1, 3, 6; 64:11, 13, 16; 65:3, 4, 10, 14, 21, 22, 24; 66:8, 25; 67:2, 20; 79:2, 4, 7
**EXHIBITS** [1]
  87:2
**existence** [1]
  21:21
**expenses** [2]
  11:11; 12:6
**expert** [1]
  80:5
**Explain** [1]
  11:21
**explain** [2]
  16:1; 45:6
**explained** [2]
  48:22; 56:1
**exposed** [2]
  9:10, 11

– F –

**fact** [3]
  26:10, 13; 81:21
**factor** [1]
  12:11
**facts** [2]
  67:11; 80:7
**factual** [1]
  68:21
**fair** [1]
  73:1
**falsely** [1]
  5:13
**family** [2]
  45:5; 81:25
**father's** [1]
  8:5
**fault** [1]
  39:20
**FBI** [22]
  29:20; 30:22; 31:9, 18; 32:7, 13, 16; 33:2, 6, 15, 17; 34:11; 35:13; 36:8; 39:23; 40:2; 41:5; 50:15; 56:12, 18, 25; 57:3
**February** [2]
  1:11; 61:6
**federal** [3]
  3:23; 4:8; 7:2
**fee** [1]
  17:13
**feel** [2]

*46:20; 83:12*
**feeling** [1]
*82:19*
**felt** [2]
*46:18; 48:24*
**field** [7]
*13:21; 21:7; 22:13, 14, 16; 33:4; 36:20*
**fight** [1]
*72:8*
**figure** [4]
*12:8; 22:6; 32:6; 63:11*
**figured** [7]
*31:20; 32:3, 7, 14; 45:25; 46:17; 72:7*
**File** [1]
*2:10*
**file** [7]
*56:7, 10; 72:1, 9; 85:3, 4, 15*
**filed** [1]
*3:19*
**files** [1]
*85:17*
**Fill** [2]
*87:23, 24*
**fill** [4]
*15:22; 49:10; 60:25; 61:15*
**final** [1]
*86:8*
**find** [7]
*9:13; 27:6, 15; 28:6, 18; 29:9; 61:10*
**finding** [1]
*28:6*
**Findings** [1]
*87:24*
**findings** [1]
*61:16*
**Fine** [2]
*12:19; 74:22*
**fine** [6]
*9:16; 12:17, 23; 67:18; 75:20, 22*
**finished** [1]
*4:18*
**firearms** [1]
*54:23*
**First** [4]
*73:25; 74:1; 76:13; 78:2*
**first** [16]
*3:2; 5:7; 17:20; 18:9, 14; 21:21; 29:23, 25; 30:16, 19, 22; 37:16; 52:16; 66:6; 70:24; 79:13*
**fitness** [1]
*5:17*
**fitting** [1]
*21:8*
**five** [8]
*5:20; 7:23; 19:20; 20:2, 3; 23:23; 37:24; 40:14*
**five-minute** [1]
*66:21*
**flashing** [2]
*41:15, 17*
**floor** [1]
*45:16*
**focus** [1]
*35:2*
**followed** [1]
*47:25*

**follows** [1]
*3:3*
**Fontana** [1]
*68:2*
**form** [8]
*3:25; 37:8; 50:21; 58:8, 13; 63:14; 78:1; 83:25*
**formal** [1]
*72:2*
**formally** [1]
*30:7*
**forth** [1]
*88:10*
**found** [15]
*27:2, 3, 4; 28:1, 12, 15, 21; 29:2, 8, 15; 32:19; 51:3, 9; 60:3; 61:9*
**four** [1]
*19:19*
**fourth** [1]
*76:4*
**FRANK** [1]
*1:6*
**Frank** [3]
*3:16; 30:16; 70:11*
**free** [2]
*46:23, 25*
**friend** [1]
*42:18*
**friends** [2]
*23:11; 25:1*
**front** [11]
*29:25; 31:7; 36:10, 14; 38:13; 40:22; 41:11; 46:22; 70:20, 24; 78:7*
**full** [1]
*7:24*
**fully** [1]
*5:12*

— G —

**Garland** [5]
*27:20; 28:10; 45:10, 11; 53:10*
**gave** [12]
*46:9, 12, 16, 17, 20; 47:14, 16; 53:6; 54:18; 64:25; 65:1, 2*
**George** [1]
*68:2*
**GHI** [1]
*82:22*
**give** [10]
*4:14; 15:16; 22:6; 45:2; 46:8, 9; 50:2, 12; 54:19; 74:4*
**given** [2]
*47:19; 88:11*
**giving** [2]
*73:24; 74:6*
**Glock** [1]
*52:15*
**go-between** [1]
*50:15*
**GO15** [10]
*50:13; 59:7; 60:7, 8, 12, 15, 18; 72:12, 14; 87:23*
**goes** [8]
*10:24; 11:7, 21; 12:3; 45:17; 49:5, 12; 81:13*
**GOLD** [2]

*88:7, 20*
**Gold** [1]
*1:17*
**GOLDY** [2]
*88:7, 20*
**Goldy** [1]
*1:17*
**graduate** [1]
*13:8*
**graduated** [1]
*13:19*
**great** [1]
*82:10*
**GREEENWALD** [1]
*8:20*
**GREENWALD** [87]
*2:5; 4:3; 9:6, 21; 10:23; 11:1, 5, 9, 13, 21, 25; 12:9, 19, 24; 15:18, 21; 16:16, 19, 22; 17:1; 19:23; 25:18, 24; 26:3, 9, 25; 29:5; 31:21, 23; 32:2; 37:8; 49:19; 50:21; 53:15; 58:8, 13, 16; 59:17, 19; 60:14, 21, 24; 61:4, 12, 15; 62:11; 63:7, 14; 64:4, 7; 65:5; 66:5; 67:4, 7, 14; 68:6, 20, 24; 69:17; 71:23; 72:1; 73:5, 14, 17, 20, 22, 25; 74:16, 22; 75:20, 24; 76:4, 9, 16; 77:3; 78:1; 80:4, 11, 19, 23; 81:4, 9; 83:25; 84:22; 85:5, 14, 22*
**grew** [1]
*82:14*
**grievance** [3]
*56:7, 10; 72:9*
**grievances** [1]
*72:8*
**ground** [1]
*4:7*
**group** [44]
*21:23; 42:24; 43:24; 44:3, 4, 8, 21, 22; 46:6, 10; 48:10, 12, 13; 51:22, 23; 52:4, 8, 9, 19, 24, 25; 53:4, 20; 55:8, 9; 68:12; 69:10, 11, 13, 19; 71:8, 9; 78:14, 16, 18; 83:15; 84:5; 85:7, 12, 13; 86:1, 3, 5*
**group's** [1]
*85:9*
**guard** [1]
*48:1*
**guess** [4]
*45:16, 17; 62:17; 78:18*
**guide** [3]
*57:8, 11; 59:7*
**guilty** [2]
*14:13; 61:9*
**gun** [4]
*47:19; 51:24; 52:18; 54:10*
**guns** [1]
*53:6*
**guy** [9]
*21:8; 32:20; 42:18; 54:1, 2, 3, 7, 8*
**guys** [6]
*28:21, 23; 46:17; 70:9, 10, 22*

— H —

**hadn't** [3]
*32:25; 41:22; 48:24*

**hair** [1]
*54:1*
**hand** [3]
*4:13; 52:8; 88:16*
**handling** [1]
*9:24*
**hands** [1]
*8:24*
**handwriting** [1]
*64:22*
**Handwritten** [1]
*87:9*
**handwritten** [2]
*64:16; 65:15*
**happens** [1]
*57:18*
**harassed** [1]
*82:12*
**harassing** [1]
*74:10*
**hard** [1]
*25:9*
**haven't** [3]
*7:20; 41:24; 77:20*
**he'd** [1]
*21:10*
**He's** [2]
*12:14; 62:20*
**he's** [6]
*9:10, 14; 21:5; 32:22; 54:3; 66:5*
**head** [1]
*4:13*
**health** [4]
*73:2; 74:1, 5; 82:22*
**hear** [3]
*43:8, 10; 49:8*
**Hearing** [1]
*87:23*
**hearing** [6]
*6:25; 59:8, 9; 61:3; 62:24; 64:1*
**held** [5]
*1:16; 48:23; 70:22; 71:13, 16*
**Hello** [2]
*4:4, 5*
**hello** [1]
*30:14*
**hereby** [1]
*88:8*
**hereinbefore** [1]
*88:10*
**hereunto** [1]
*88:16*
**High** [2]
*13:7, 11*
**high** [12]
*13:8, 10, 12, 14, 15, 18, 19, 23; 20:18; 50:7; 82:13, 14*
**high-profile** [1]
*85:11*
**highest** [1]
*13:5*
**home** [7]
*15:23; 52:7; 55:19; 60:1, 22; 61:13; 65:16*
**hopefully** [1]
*69:1*
**Hosey** [10]
*30:23; 31:11; 34:15; 36:23; 37:5, 21; 38:16; 40:2; 47:11;*

77:23
**hospitals** [1]
  82:21
**hours** [9]
  5:24; 6:5, 8, 12; 19:20; 22:4,
  9; 48:23; 49:8
**ouse** [13]
  30:1; 36:15; 46:23; 47:4;
  49:3; 54:20; 56:12, 18; 58:3;
  60:3; 63:5; 70:19; 77:24
**HOWARD** [1]
  2:5
**humiliating** [1]
  82:3
**humiliation** [4]
  73:12; 74:14; 81:15, 19
**hundred** [1]
  38:2
**hurt** [1]
  50:4
**hyphenated** [1]
  8:8

— I —

**I'd** [1]
  11:5
**I've** [5]
  30:10; 39:12; 79:13, 14
**IAB** [10]
  21:13, 15, 18, 24, 25; 22:3;
  24:1; 25:3, 11; 51:10
**ID** [5]
  54:19, 21, 22, 24; 55:1
**idea** [2]
  26:2; 31:25
**entification** [5]
  55:2; 62:3; 64:13; 67:2; 79:4
**identified** [4]
  31:9; 33:3, 13; 66:10
**identify** [3]
  36:19; 58:10; 66:7
**identity** [4]
  8:22; 9:8, 24; 16:23
**illness** [1]
  6:2
**impair** [1]
  6:17
**impersonating** [1]
  55:6
**impersonations** [2]
  27:7; 42:12
**implied** [1]
  81:9
**import** [1]
  80:12
**improper** [2]
  73:20, 21
**inappropriate** [2]
  76:1, 2
**incident** [33]
  27:14; 28:8; 31:20; 32:8, 11,
  14; 34:22; 35:23; 49:17, 18;
  58:3; 59:14; 63:3; 65:17;
  70:6, 8, 14; 72:10; 73:17;
  74:18, 24; 75:13; 77:8, 14;
  81:24; 83:2, 3, 14, 19, 23;
  84:17
**income** [1]
  79:19
**incorrect** [1]

64:2
**Index** [1]
  1:4
**indicated** [1]
  80:6
**individual** [4]
  1:6, 7, 8
**informant** [2]
  27:5; 59:2
**INFORMATION** [2]
  87:21, 22
**information** [10]
  9:1; 15:22, 23; 57:12, 13;
  60:21; 61:12; 65:11; 77:25;
  85:13
**informed** [4]
  53:6; 68:9; 71:16; 84:11
**injury** [2]
  9:24; 73:6
**Inside** [1]
  48:8
**Inspections** [1]
  25:14
**Inspector** [4]
  3:16; 29:24; 70:12; 83:22
**institute** [1]
  13:24
**institution** [1]
  13:24
**insurance** [1]
  82:22
**integrity** [6]
  20:11, 14, 16, 17, 23; 21:11
**intending** [1]
  80:13
**interact** [1]
  21:10
**interested** [1]
  88:15
**Internal** [5]
  20:5, 10; 21:13; 57:16, 18
**interrogatories** [1]
  77:21
**interviewed** [1]
  59:5
**investigate** [2]
  20:20, 21
**investigated** [10]
  26:12, 13, 15, 23; 27:11;
  28:7, 11, 19; 29:4, 16
**investigating** [3]
  29:20; 38:22; 60:4
**Investigation** [1]
  35:1
**investigation** [39]
  26:7; 28:12, 15; 29:17; 32:21;
  34:25; 35:3, 5; 38:4, 10;
  41:25; 43:15; 50:11, 14, 19,
  20, 24; 51:2, 4, 5, 7, 14; 57:9,
  12; 59:3, 13, 15; 72:18, 19,
  20, 21, 23, 24; 84:20, 21;
  85:8, 13, 25; 86:5
**investigations** [4]
  57:7; 85:7, 9, 21
**involved** [7]
  25:16; 27:13, 16; 32:22;
  51:14; 72:23; 82:4
**involving** [1]
  28:16
**itinerary** [1]
  17:14

— J —

**January** [5]
  8:16; 14:24; 15:1; 16:2; 18:20
**jive** [1]
  46:10
**job** [6]
  13:12, 24; 14:17; 52:16;
  81:23; 83:12
**judge** [1]
  5:11
**judges** [1]
  8:21
**Julio** [2]
  22:23; 32:14
**JULIUS** [1]
  1:7
**Julius** [3]
  3:17; 30:19; 70:3
**July** [41]
  15:15, 16; 28:2, 4; 30:2, 25;
  31:4; 34:20; 51:17; 52:14;
  55:18; 56:8; 57:21; 58:2;
  59:6, 14, 17, 20; 63:3, 8;
  65:25; 70:6, 14; 71:21; 72:4,
  10, 13, 15; 75:9, 12, 15; 77:8,
  11, 24; 78:7; 79:11, 22; 83:8;
  84:6, 12, 17
**jury** [1]
  5:11

— K —

**Karysek** [6]
  61:24; 62:10, 19; 63:23; 65:1;
  87:8
**keep** [2]
  54:22; 56:24
**keeping** [1]
  25:9
**KELLY** [1]
  1:5
**Kelly** [2]
  3:16; 28:25
**Kenneth** [2]
  30:22; 31:11
**kept** [3]
  34:9; 49:6, 7
**knowledge** [15]
  28:14, 17; 29:21; 50:18, 20;
  57:15; 72:9; 77:25; 78:15;
  85:7, 17, 19; 86:1, 4, 6

— L —

**lack** [1]
  19:3
**Lake** [1]
  2:4
**language** [1]
  47:2
**last** [8]
  5:20, 24; 6:5, 8; 8:5; 14:17;
  35:18; 66:10
**late** [1]
  43:19
**Latino** [1]
  82:20
**Law** [2]
  2:8; 3:13
**lawsuit** [2]
  7:8; 73:7

**lawyer** [10]
  17:8; 38:5, 18, 19, 20; 47:18;
  50:12; 64:3, 4, 6
**League** [1]
  20:9
**learn** [1]
  26:14
**learned** [2]
  25:15; 26:22
**Leave** [1]
  61:15
**leave** [7]
  15:19; 47:19; 48:3; 52:4;
  60:24; 73:3, 4
**legal** [7]
  67:12; 70:22; 71:16; 80:7, 8,
  10, 12
**Let's** [12]
  33:17; 47:4; 50:1; 55:18;
  64:10; 66:20; 78:6, 10, 14;
  80:25; 81:13; 85:2
**let's** [4]
  21:4; 29:6; 39:3, 11
**LETTER** [1]
  87:5
**letter** [1]
  56:17
**level** [2]
  13:5; 20:18
**lie** [1]
  57:3
**lied** [1]
  59:12
**LIEUTENANT** [1]
  1:7
**Lieutenant** [14]
  3:17; 30:4, 12; 33:21; 36:6;
  39:18; 40:9, 20; 41:4; 44:11,
  13, 14; 69:20; 70:11
**lieutenant** [3]
  22:19; 84:14, 16
**lieutenants** [1]
  82:15
**life** [1]
  73:9
**lights** [3]
  41:14, 15, 18
**line** [1]
  11:6
**LISSANDER** [3]
  1:2, 15; 86:20
**Lissander** [5]
  3:7, 19; 8:1, 11
**Listen** [4]
  43:17, 20; 49:13; 70:21
**listen** [2]
  4:17; 47:23
**lived** [3]
  10:16; 13:2; 39:11
**LLP** [1]
  2:3
**located** [1]
  20:6
**locker** [1]
  52:12
**Log** [1]
  87:11
**log** [3]
  78:25; 79:11; 85:18
**log-out** [1]
  85:18