BSA  Case 1:07-cv-03085-SAS   Document 36-5   Filed 05/06/2008   Page 1 of 3   Look-See(7)
02/20/08   DONES vs CITY OF NEW YORK   WITNESS: L. DONES

**Loring** [2]
3:9; 10:15
**Lose** [1]
69:8
**lose** [5]
42:11, 15; 68:16, 18; 77:13
**losing** [1]
47:7
**loss** [1]
74:11
**lost** [3]
35:17; 69:3, 25
**lot** [5]
23:18; 39:12; 65:11, 12; 69:15
**Lower** [1]
44:7
**Luis** [1]
24:16
**lumped** [1]
58:18
**lunch** [1]
45:19
**lunchroom** [2]
46:6

– M –

**Ma'am** [1]
82:20
**ma'am** [1]
75:2
**mailed** [1]
56:17
**male** [1]
54:1
**man** [1]
83:14
**Manhattan** [16]
19:5, 11, 17; 21:16; 23:5, 6, 7, 16, 21; 24:1; 25:3, 12, 13; 30:6, 8; 44:7
**March** [1]
88:17
**Marcus** [1]
2:4
**mark** [8]
9:4, 16; 12:18, 23; 61:25; 64:11; 66:24; 79:1
**marked** [11]
43:21; 62:3, 5; 64:13, 15; 65:9; 67:2, 19; 79:4, 7; 80:6
**marriage** [1]
88:14
**married** [2]
10:8, 12
**Martin** [1]
30:20
**masters** [1]
82:16
**material** [1]
65:7
**matter** [3]
3:19; 81:21; 88:15
**meal** [3]
48:16, 24; 71:14
**mean** [14]
7:18; 18:2; 25:9; 38:10; 43:14; 49:9; 68:19; 69:9; 71:24; 72:20; 73:7; 79:13; 83:16, 17

**meaning** [3]
28:23; 36:23; 63:6
**means** [6]
4:12; 9:9; 17:18; 49:10; 51:23; 70:11
**meant** [1]
69:12
**medical** [3]
6:17; 73:4; 79:21
**medication** [2]
5:20, 23
**medications** [1]
5:17
**meet** [6]
22:20, 25; 24:18; 30:7; 31:6; 68:1
**MEJIA** [1]
1:7
**Mejia** [14]
3:17; 28:5; 30:4, 12; 36:6; 39:18; 40:1, 9, 20; 41:4; 44:11, 14; 69:20; 70:11
**member** [4]
17:11, 14, 20, 23
**members** [2]
21:18; 22:12
**Memo** [1]
87:7
**memo** [11]
56:16, 20, 22, 25; 57:6; 62:9; 63:6, 7, 15; 66:15; 87:9
**memory** [1]
6:17
**mental** [1]
6:16
**mention** [1]
71:2
**mentioned** [3]
41:24; 71:3; 82:5
**messages** [1]
85:11
**MICHAEL** [1]
2:7
**middle** [1]
21:22
**military** [1]
14:1
**mind** [2]
49:13, 19
**minds** [1]
84:2
**mine** [1]
42:18
**minute** [2]
15:16; 64:17
**minutes** [3]
40:14; 44:10
**mischaracterization** [1]
32:2
**miss** [1]
74:23
**mitigation** [5]
10:24; 11:1, 7, 9, 22
**modified** [31]
15:8, 9, 12; 22:2; 49:14, 16, 17, 23; 51:19, 21, 23; 52:1, 2; 53:8, 13; 54:14, 15, 23; 55:9, 11, 15; 68:5, 10, 14; 69:12, 21, 24; 70:4; 83:21, 24; 84:15
**module** [1]
23:19

**moment** [1]
36:17
**money** [8]
21:5; 25:16; 26:24; 28:19; 34:25; 41:25; 82:22, 23
**month** [2]
10:21; 24:6
**months** [4]
7:23; 24:6, 8; 35:23
**morning** [1]
31:1
**morph** [1]
74:3
**morphed** [1]
74:2
**mortgage** [4]
10:20; 11:16; 12:12, 25
**MORTON** [1]
1:8
**Morton** [21]
3:17; 28:6; 36:12; 40:1; 44:15, 18; 53:21, 23, 24; 54:3, 6, 8, 10, 11, 19; 70:2, 3, 4, 7, 11
**Morton's** [1]
48:18
**mostly** [2]
29:13; 36:7
**mother** [1]
81:25
**mother's** [1]
8:5
**mouth** [1]
29:22
**move** [4]
78:10, 14; 80:25; 81:13
**moved** [2]
20:4, 5
**movements** [1]
4:13
**MR** [87]
4:3; 8:20; 9:6, 21; 10:23; 11:1, 5, 9, 13, 21, 25; 12:9, 19, 24; 15:18, 21; 16:16, 19, 22; 17:1; 19:23; 25:18, 24; 26:3, 9, 25; 29:5; 31:21, 23; 32:2; 37:8; 49:19; 50:21; 53:15; 58:8, 13, 16; 59:17, 19; 60:14, 21, 24; 61:4, 12, 15; 62:11; 63:7, 14; 64:4, 7; 65:5; 66:5; 67:4, 7, 14; 68:6, 20, 24; 69:17; 71:23; 72:1; 73:5, 14, 17, 20, 22, 25; 74:16, 22; 75:20, 24; 76:4, 9, 16; 77:3; 78:1; 80:4, 11, 19, 23; 81:4, 9; 83:25; 84:22; 85:5, 14, 22
**Mr** [47]
3:19; 12:21; 22:25; 23:1, 7, 11, 14, 24; 24:3, 14, 18, 19, 24; 25:1, 4, 7, 11, 16, 25; 26:8, 14, 16, 23; 27:10, 16; 28:14, 18; 29:4; 32:18, 19, 22; 34:21; 35:11, 14, 16; 37:6; 53:2; 59:3, 16; 62:19; 63:23; 64:15; 72:19; 86:1, 7
**MS** [60]
3:5; 4:1; 9:4, 12; 10:24; 11:3, 7, 11, 15, 23; 12:2, 15, 20; 16:17, 24; 26:2, 5, 11, 17, 21; 58:12; 60:16; 61:5, 25; 62:7;

63:11, 17; 64:3, 9; 66:7, 20, 23; 67:6, 9, 18; 68:23; 69:4; 73:10, 18, 21, 23; 74:3, 20, 25; 75:22; 76:2, 6, 13, 18; 77:18; 79:1; 80:9, 17, 21, 24; 81:6, 11; 84:24; 86:15; 87:17
**Ms** [2]
76:21; 77:19

– N –

**name** [14]
3:6, 12; 7:24; 8:2, 5, 10; 26:5; 39:19; 45:9; 51:6, 9; 53:22, 23; 68:2
**named** [1]
77:22
**names** [2]
54:6; 78:23
**narcotic** [1]
20:13
**Narcotics** [16]
19:5, 11, 18; 21:16; 23:4, 5, 6, 8, 16, 22; 24:1; 25:3, 12; 30:6, 8; 33:22
**narcotics** [1]
23:1
**narrow** [1]
63:1
**needs** [1]
12:22
**Negatively** [1]
83:9
**negatively** [1]
83:8
**Neighborhood** [1]
18:18
**neighborhood** [1]
39:1
**newspaper** [1]
29:22
**nicer** [1]
55:4
**Nieves** [2]
36:25; 37:2
**Nieves-Diaz** [17]
24:16; 29:11; 33:21; 34:5, 14; 35:2; 36:2; 37:16, 22; 41:8; 42:6; 43:13; 47:9; 48:20; 49:21, 24; 51:8
**night** [1]
27:17
**Nobody** [1]
81:6
**nobody's** [1]
49:16
**nods** [1]
4:13
**nonverbal** [1]
4:12
**North** [5]
19:5; 23:6, 8, 16; 30:6
**NOTARY** [1]
86:25
**Notary** [3]
1:17; 3:2; 88:7
**note** [2]
64:16; 77:18
**Notes** [1]
66:18
**notes** [1]

66:17
**NSU-9** [1]
 18:17
**number** [9]
 3:20; 8:18; 9:3, 14, 15, 19;
 10:4, 6; 11:16
**NYPD** [29]
 12:7; 14:18, 19, 23; 16:12,
 17, 20; 17:4; 26:15; 29:20;
 57:6; 58:6, 10, 18, 23; 60:1;
 71:22, 23, 25; 72:3, 6; 73:3;
 74:12; 79:17; 81:20, 21; 83:7;
 87:11

– O –

**o'clock** [1]
 12:20
**oath** [2]
 5:9, 10
**object** [11]
 9:16; 12:23; 25:18; 37:8;
 50:21; 58:8, 13; 63:14; 73:5;
 78:1; 83:25
**objected** [3]
 26:3; 58:17; 74:6
**Objection** [2]
 10:23; 16:16
**objection** [6]
 8:21; 26:25; 68:7, 24; 75:24;
 85:5
**objections** [2]
 3:24; 12:16
**obtain** [3]
 84:19; 85:2, 3
**obviously** [1]
 53:9
**occasionally** [1]
 25:5
**occasionally** [3]
 24:4, 5; 25:6
**OCCB** [1]
 25:14
**occurred** [1]
 63:8
**OCID** [1]
 27:5
**Odds** [1]
 13:20
**off-duty** [1]
 52:17
**offense** [1]
 25:25
**office** [13]
 18:5; 20:7, 20, 22; 23:15, 16,
 17, 18; 51:25; 52:12, 25;
 55:8; 64:5
**officer** [12]
 18:11, 14, 21, 24; 21:4, 9;
 23:10; 24:22; 27:4; 39:13;
 83:4, 7
**officers** [5]
 20:18; 22:18; 58:1; 78:20;
 84:5
**offices** [3]
 1:16; 30:10, 15
**official** [11]
 1:6, 7, 8; 8:13; 14:22; 38:4, 9;
 50:14; 55:1
**Okay** [7]
 4:15; 12:24; 62:11; 64:19;

67:22; 73:14; 79:9
**okay** [2]
 4:23; 5:7
**one's** [1]
 46:6
**one-day** [1]
 60:13
**one-page** [1]
 79:10
**operation** [1]
 84:1
**opportunity** [3]
 5:2; 22:20; 30:7
**opposed** [1]
 12:6
**oral** [1]
 72:2
**Order** [1]
 1:16
**ourselves** [1]
 82:25
**outcome** [4]
 16:8; 60:7; 61:7; 88:15
**outside** [4]
 23:14; 24:23; 39:2; 48:4
**overall** [3]
 72:17, 19, 20
**overtime** [5]
 19:13, 16; 22:5, 11; 55:15

– P –

**P.M.** [2]
 1:12; 86:16
**PAGE** [3]
 87:4, 15, 22
**page** [1]
 66:1
**pages** [2]
 66:10, 11
**paid** [5]
 11:19; 49:1; 57:20, 23; 71:20
**pain** [10]
 73:12, 16; 74:14; 75:9, 11,
 14, 17; 77:10; 81:16, 17
**PAL** [1]
 20:8
**paper** [3]
 56:11, 14
**papers** [1]
 7:15
**paperwork** [3]
 7:20; 60:23; 79:14
**paragraph** [4]
 73:10; 74:7; 76:10; 79:24
**parked** [2]
 31:7; 41:12
**part** [1]
 66:15
**parties** [1]
 88:14
**partner** [5]
 31:6; 43:17; 54:6, 20; 58:5
**pass** [1]
 8:24
**passenger** [2]
 40:21, 22
**patrol** [7]
 18:14, 21, 24; 24:22; 57:8,
 11; 59:7
**pay** [3]

12:25; 17:12, 16
**payments** [1]
 12:12
**pays** [1]
 10:22
**peddlers** [1]
 21:6
**pending** [4]
 3:21; 5:6; 16:7; 75:19
**Pension** [1]
 79:18
**people** [27]
 22:16; 23:17, 19, 21; 24:12;
 32:24; 33:5; 39:1, 13; 42:22;
 46:11; 49:4; 50:5, 6; 53:19;
 58:4, 5; 63:24; 69:15, 25;
 82:3, 8, 9; 83:15, 17; 84:7, 8
**perjury** [1]
 5:14
**person** [7]
 16:23; 17:4; 24:9; 31:8;
 53:24; 77:24; 82:13
**personal** [1]
 9:24
**Phil** [4]
 61:24; 62:10; 65:1; 87:8
**phone** [25]
 29:10; 41:6, 8, 20; 42:7, 11,
 16, 17, 19, 20, 23; 43:13;
 47:8; 48:18, 19, 20, 21;
 49:21; 51:8; 55:13; 68:11, 16;
 71:10
**phrasing** [1]
 6:22
**physical** [2]
 6:17; 73:6
**picked** [1]
 55:13
**Place** [2]
 3:9; 10:15
**place** [15]
 8:15; 29:10; 41:8, 20; 42:7,
 11, 17, 19; 43:13; 48:19, 21;
 53:2; 68:5; 69:24; 70:4
**placed** [14]
 5:9; 15:8, 9, 12; 22:2; 49:16,
 17, 23; 51:7, 19, 21; 53:8, 13;
 68:9
**placement** [2]
 68:14; 69:21
**PLAINTIFF** [1]
 1:3
**Plaintiff** [3]
 1:14; 2:3; 66:10
**plaintiff** [3]
 3:19; 7:7; 74:11
**plaintiff's** [1]
 26:6
**played** [1]
 72:25
**Please** [7]
 3:6; 4:17; 16:19; 60:24;
 61:25; 66:24; 69:4
**please** [9]
 4:20; 5:5; 7:24; 8:15; 16:22;
 37:13; 58:19; 77:6
**pled** [1]
 14:13
**point** [13]
 5:4; 31:18; 33:12; 36:6;
 38:13, 21; 41:24; 43:25;

47:10; 50:25; 54:14; 71:2, 7
**pointed** [1]
 75:6
**points** [1]
 76:9
**POLICE** [1]
 1:5
**Police** [4]
 3:15; 10:5; 20:8; 24:13
**police** [14]
 18:11; 21:4; 22:18; 23:10;
 27:4, 7; 39:13; 41:14, 18;
 42:12; 50:5, 9; 55:2; 57:15
**policy** [1]
 57:17
**popped** [1]
 51:7
**position** [1]
 18:10
**positive** [1]
 26:10
**possibility** [1]
 9:7
**posted** [1]
 56:17
**practically** [1]
 82:21
**practice** [1]
 12:10
**precinct** [4]
 18:19, 20; 31:6; 71:4
**precincts** [1]
 20:17
**preparation** [1]
 7:16
**prepare** [1]
 7:11
**prepared** [1]
 63:16
**prescription** [1]
 5:21
**prescriptions** [1]
 5:18
**present** [1]
 80:13
**previously** [3]
 10:12; 83:22; 84:22
**Prior** [1]
 59:14
**prisoner** [3]
 46:19; 48:1, 25
**prisoners** [1]
 48:2
**privilege** [3]
 3:25; 9:2; 10:3
**privileges** [1]
 74:12
**privy** [2]
 85:8, 12
**proactive** [1]
 20:16
**problem** [9]
 9:23; 18:13; 31:17; 32:19;
 49:15; 58:9; 76:25; 80:4;
 82:24
**problems** [2]
 8:22; 57:4
**procedure** [3]
 3:24; 22:10; 85:1
**procedures** [1]
 57:10

proceeded [1]
33:15
produced [1]
62:8
professionally [3]
30:12; 74:13; 80:2
program [6]
20:12; 21:13, 15, 18, 20, 22
promise [1]
8:23
promoted [3]
18:23, 24; 19:4
prosecutor's [1]
64:5
protect [1]
9:2
provided [1]
4:25
proximate [2]
74:9; 75:8
PUBLIC [1]
86:25
Public [4]
1:18; 3:2; 14:8; 88:7
Puerto [2]
8:5, 17
Pull [1]
49:10
pull [3]
49:5, 6, 9
pulling [1]
49:7
purchases [3]
19:7, 8; 20:13
purpose [3]
11:6; 73:5; 81:1
pursuant [2]
1:15; 3:23
putting [1]
37:12

— Q —

Queens [2]
27:3, 8
question [56]
4:18, 20, 23; 5:6, 7; 9:13, 18;
11:14; 12:17; 17:5; 26:4, 18,
19; 27:1; 31:21; 32:4; 35:15;
48:10; 50:13; 53:15; 58:14,
15, 16; 59:19; 63:15; 68:8;
69:2, 6; 70:2; 72:22; 73:8, 9,
19, 20, 25; 74:17, 21, 22;
75:2, 5, 7, 16, 19, 25; 76:3, 7,
19; 77:6, 12; 78:2; 81:5, 8,
12, 13; 84:1, 24
question-by-question [1]
67:15
questioned [4]
28:2, 3, 5; 37:3
questioning [4]
11:6; 38:7, 17; 70:18
questions [29]
4:8, 9, 17; 5:12, 16; 6:14, 20;
11:12; 12:4; 31:10, 14; 33:16,
18, 19; 34:9; 35:25; 36:1;
50:15, 16; 64:10; 67:5; 74:19,
25; 75:1; 76:24; 81:2; 86:8, 9,
11
quick [2]
64:10; 66:20

— R —

Rachko [1]
22:21
ran [1]
51:8
rank [3]
18:10, 24; 24:21
RAYMOND [1]
1:5
Raymond [2]
3:16; 28:25
read [6]
26:18, 19; 69:4, 6; 74:8;
79:25
real [2]
83:20, 21
rear [1]
40:19
reason [9]
6:19; 9:12; 10:1; 15:4; 45:2,
22; 83:20, 21
reasons [3]
73:2; 74:1, 5
recall [42]
15:9, 12; 16:9; 17:21; 21:20;
23:8; 24:7, 10, 21; 25:21;
27:18; 28:1, 6; 30:13; 33:17;
35:8, 18; 36:7, 13; 37:9; 40:8,
17; 41:10, 12, 14; 43:22;
44:7, 20; 54:16; 55:25; 56:22;
59:11, 22, 23; 60:11, 19;
62:21, 23; 63:2, 18; 70:5, 15
receive [2]
13:12, 15
received [4]
14:3, 5, 8; 77:20
receiving [1]
79:16
recent [1]
32:17
recess [2]
66:22; 76:8
recollection [5]
51:16; 62:18; 65:24; 68:18;
70:17
record [21]
3:6; 4:12, 19; 7:25; 8:19, 20;
9:21; 25:24; 32:3; 62:7;
66:23; 67:16; 74:8; 75:25;
77:19; 79:25; 81:1, 10; 82:10;
83:14; 88:11
recording [1]
50:13
records [8]
51:9; 59:15, 20, 24, 25;
83:24; 84:20; 85:10
reference [4]
12:12; 59:21; 62:23; 79:25
referenced [1]
76:10
referred-to [2]
26:19; 69:6
referring [3]
32:11; 50:10; 66:5
refresh [1]
68:18
Regular [1]
18:11
regular [1]
52:15

related [5]
74:18, 20; 77:15; 88:13
relating [1]
74:17
relation [1]
72:12
Remember [1]
25:8
remember [26]
15:14, 18, 20; 16:11; 17:7;
23:9; 27:19, 25; 31:2; 44:13,
20; 45:16; 48:24; 49:2; 55:24;
56:4, 23; 61:8, 10; 63:4, 24,
25; 64:25; 65:2, 20; 86:14
rendition [1]
65:10
rent [1]
10:18
rep [1]
70:16
Repeat [1]
69:2
rephrase [4]
4:21; 26:21; 58:14; 77:7
report [4]
51:20; 55:7; 57:16, 18
Reporter [9]
4:12, 19; 5:10; 26:20; 62:4;
64:14; 67:3; 69:7; 79:5
represent [2]
3:14; 72:7
representation [3]
70:22, 23; 71:16
representative [1]
71:15
represented [2]
59:9; 61:21
representing [2]
64:7, 8
reps [1]
59:10
request [4]
15:21; 16:2; 46:13; 77:21
REQUESTED [1]
87:21
requested [1]
70:15
required [1]
84:19
requires [1]
5:11
reserved [2]
3:25; 8:22
reside [1]
3:8
responding [1]
4:18
response [3]
17:5; 34:4; 37:23
responses [3]
4:13, 14; 77:20
rest [2]
33:4, 5
restrained [1]
46:2
result [11]
73:15, 17; 74:23; 75:10, 11,
15, 17; 77:10; 79:22; 80:1;
81:18
retire [11]
14:19, 25; 15:1, 4, 7; 16:3, 6,
8, 9; 17:5, 9
retired [3]
17:24; 24:13; 52:3
retirement [3]
16:21; 77:9; 79:16
retried [1]
82:8
review [2]
5:2; 7:15
reviews [1]
60:25
revision [1]
57:9
revolver [2]
52:11, 15
Rico [2]
8:5, 17
Right [3]
11:15; 66:16; 73:14
right [11]
13:18; 15:15; 32:25; 33:6;
36:9, 10, 14; 43:18, 25; 44:5;
54:21
rights [3]
50:6; 82:13, 17
ripped [1]
27:5
role [3]
20:23, 24; 72:25
RON [1]
1:7
Ronald [2]
3:17; 30:4
Room [1]
87:24
room [20]
16:7, 8; 17:8, 10; 45:18, 19;
47:16; 51:3, 6; 61:4, 6, 7, 19,
21, 23; 62:24; 66:2, 17, 18
route [1]
41:9
rude [1]
76:22
rules [7]
3:24; 4:7; 50:5, 9, 10, 11;
82:17
ruling [5]
9:5, 17, 22; 12:18, 23
run [2]
18:5; 24:12
running [1]
31:8

— S —

safeguarding [1]
47:20
sat [2]
45:18; 47:16
saying [7]
21:8; 26:9; 32:13; 56:11;
57:9; 59:12; 75:3
School [1]
13:11
school [13]
13:7, 8, 10, 12, 14, 16, 18;
19, 23, 24; 50:7; 82:13, 14
Schumacher [3]
27:20; 28:10; 53:7
SCOLLAN [1]
1:6