**Scollan** [17]
  3:17; 28:5; 29:14, 24; 33:5;
  36:14; 38:8; 40:1; 41:4;
  48:16, 22; 53:1; 68:11; 70:12,
  21; 71:6; 83:22
**Scollan's** [1]
  69:23
**seated** [2]
  40:18, 20
**Second** [2]
  47:22; 83:14
**Security** [8]
  8:18; 9:3, 14, 15, 19; 10:4, 6;
  11:13
**seek** [1]
  16:22
**seeking** [1]
  12:14
**self-employed** [1]
  18:7
**self-serving** [2]
  80:19, 21
**sell** [1]
  55:5
**selling** [1]
  21:8
**send** [3]
  63:23; 64:24; 69:19
**sending** [2]
  63:2, 4
**sensitized** [1]
  9:25
**separate** [3]
  33:7, 8; 54:21
**SERGEANT** [2]
  1:6, 7
**ergeant** [53]
  3:16, 17; 27:20; 28:10; 29:13;
  30:16, 19; 33:4, 12, 15;
  35:24; 36:12; 38:21; 39:19,
  21, 22; 40:6, 24; 41:4, 6;
  42:9; 43:1; 44:12, 15, 18;
  45:10, 11; 46:7; 47:11, 14,
  22, 23, 25; 48:17, 18; 50:16;
  52:18; 53:10, 21, 22, 24;
  54:19; 59:5; 68:4, 13, 15;
  70:3, 7, 11; 77:23
**sergeant** [23]
  27:8, 10, 19; 43:20, 22, 23;
  44:22, 23, 25; 45:7, 9, 13, 15,
  16; 46:7; 49:2; 52:9, 24; 53:7,
  17; 54:13, 14
**sergeants** [4]
  22:19; 53:16; 78:22; 82:15
**series** [1]
  4:7
**serve** [1]
  18:3
**served** [1]
  14:1
**service** [5]
  15:2; 21:19; 52:11, 15, 16
**settle** [3]
  81:3, 4; 82:25
**settlement** [5]
  12:3, 8, 13; 81:7, 13
**ven** [3]
  7:23; 20:2; 34:23
**shaking** [1]
  82:24
**sheep** [1]
  83:19
**shield** [3]
  46:14; 54:21, 22
**show** [5]
  39:22; 62:5; 64:15; 67:19;
  79:6
**sick** [1]
  73:3
**sign** [6]
  5:2; 45:17, 20, 22; 67:7, 9
**signed** [4]
  45:16, 20, 24; 67:17
**silent** [1]
  40:16
**simple** [1]
  75:4
**single** [1]
  10:1
**sir** [4]
  4:1; 58:15; 67:6; 77:12
**sit** [2]
  76:18; 77:1
**sitting** [2]
  46:6; 51:24
**situation** [1]
  12:4
**six** [7]
  7:23; 22:18; 23:23; 24:6;
  34:23; 37:24
**Smith** [1]
  13:11
**Social** [8]
  8:18; 9:3, 14, 15, 19; 10:4, 6;
  11:13
**socialize** [3]
  23:14, 15; 24:23
**socially** [1]
  30:12
**somebody** [5]
  16:14, 17, 18; 17:2; 45:17
**someone** [4]
  16:12, 20; 71:22
**somewhere** [3]
  20:4; 39:11; 69:19
**sorry** [1]
  42:4
**sounded** [1]
  38:9
**sounds** [1]
  38:3
**source** [1]
  79:19
**South** [4]
  3:9; 10:15; 33:22; 82:14
**SOUTHERN** [1]
  1:1
**Southern** [1]
  3:22
**speak** [17]
  28:11; 29:16; 40:17; 56:12,
  18, 25; 57:2, 4; 58:1; 70:7, 8;
  71:4, 14, 15; 72:6; 82:3, 18
**speaking** [3]
  7:10; 12:16; 57:6
**specialized** [1]
  69:14
**specific** [2]
  56:5; 76:23
**Specifically** [2]
  11:11; 75:9
**specifically** [4]
  11:18; 29:19; 32:11; 77:5
**specifics** [7]
  73:23, 24; 74:4, 5, 6; 75:6
**spend** [1]
  82:22
**spoke** [10]
  7:13; 24:4; 37:2; 58:4; 70:1;
  72:5; 77:19; 78:4; 84:7, 14
**spoken** [9]
  32:25; 34:12, 13, 17, 21;
  35:16, 18; 37:4, 21
**spotless** [2]
  82:10; 83:14
**SS** [1]
  88:3
**Stabilization** [1]
  18:18
**Stadium** [15]
  39:14, 15; 40:11, 13; 41:2, 3,
  9; 42:25; 44:8; 47:5, 8; 58:3;
  71:7; 78:10, 12
**stamped** [1]
  66:9
**stand** [1]
  21:6
**standard** [2]
  11:12, 14
**standing** [1]
  53:12
**start** [3]
  4:6; 14:23; 33:17
**started** [7]
  18:9, 14; 20:12; 21:22; 34:16;
  35:24; 44:3
**starting** [1]
  39:1
**starts** [1]
  63:7
**STATE** [1]
  88:3
**State** [3]
  1:18; 3:2; 88:8
**state** [4]
  3:6; 7:2, 24; 8:15
**statement** [2]
  80:20, 22
**STATES** [1]
  1:1
**States** [1]
  3:21
**stating** [1]
  56:17
**stationed** [3]
  18:16, 17; 19:4
**stay** [3]
  21:24; 24:2; 25:4
**stayed** [3]
  41:3, 19; 43:1
**stealing** [6]
  21:5; 25:16; 26:23; 28:19;
  34:25; 41:25
**stop** [1]
  21:10
**stopped** [2]
  38:7, 17
**story** [2]
  44:1; 46:10
**straight** [2]
  65:7, 12
**Street** [5]
  1:17; 2:9; 20:7; 47:17, 18
**street** [3]
  19:7; 21:6; 51:24
**stuff** [3]
  29:22; 65:12; 82:11
**subject** [24]
  32:21, 22; 35:3, 5; 41:23;
  43:14; 50:11, 14, 18, 19, 20,
  23; 51:1, 4, 5, 10, 12, 13;
  57:9, 12; 60:3, 6; 72:14; 80:5
**submit** [1]
  16:2
**Subscribed** [1]
  86:22
**subsequently** [1]
  57:20
**substance** [1]
  67:25
**substances** [1]
  6:4
**Success** [1]
  2:4
**suffer** [1]
  6:16
**suffered** [9]
  73:11; 74:11, 13; 75:11, 14;
  77:11; 80:1; 81:15, 17
**suffering** [10]
  73:13, 16; 74:15; 75:10, 11,
  15, 17; 77:11; 81:16, 17
**suggest** [1]
  39:4
**Suppose** [1]
  38:2
**supposed** [8]
  5:23; 15:1; 32:23; 50:12;
  57:2, 10, 16; 72:7
**surrounded** [4]
  33:6, 11; 36:18; 46:23
**surrounding** [1]
  26:7
**suspect** [1]
  32:6
**suspected** [1]
  32:4
**suspended** [4]
  60:8, 9; 81:24; 82:2
**suspension** [2]
  60:15, 16
**sworn** [3]
  3:2; 86:22; 88:10
**system** [1]
  60:1

— T —

**talk** [14]
  32:20; 34:24; 35:6; 40:15;
  47:17; 58:7, 20, 23; 68:4;
  69:23; 75:25; 76:20; 80:14;
  83:1
**talked** [3]
  35:8; 37:10; 68:17
**talking** [11]
  4:19; 36:9; 41:6; 43:1; 58:2;
  59:25; 65:6; 76:15; 77:4; 83:6
**tall** [1]
  54:1
**targeting** [1]
  21:18
**team** [11]
  21:7; 22:13, 14, 17; 23:20,

21; 27:3, 8; 30:9; 33:4; 36:20
**telephone** [1]
  24:9
**telling** [5]
  11:3, 23; 12:16; 42:6, 10
**ten** [4]
  22:8; 40:14; 48:23
**TERAN** [1]
  1:6
**Teran** [23]
  3:16; 28:5; 29:13; 30:17;
  33:4, 12, 15; 35:24; 36:7, 24;
  37:6; 38:21; 40:1; 41:4, 6;
  42:9; 43:1; 50:16; 59:5; 68:4,
  13, 15; 70:11
**terms** [1]
  18:12
**test** [6]
  20:14, 16, 25; 21:2, 3
**testified** [7]
  3:3; 25:7; 29:8; 37:4, 10;
  68:22; 83:22
**testify** [2]
  5:17; 61:19
**testifying** [1]
  5:11
**testimony** [5]
  4:11; 29:3; 80:5; 85:25; 88:11
**tests** [4]
  20:12, 17, 23; 21:11
**Thank** [3]
  63:22; 77:17; 86:15
**Thanksgiving** [3]
  25:23; 27:23; 29:15
**theft** [3]
  8:22; 9:8, 24
**therapist** [1]
  82:18
**there's** [2]
  21:8; 75:9
**they're** [3]
  50:12; 52:12; 57:10
**THOMAS** [1]
  1:6
**Thomas** [5]
  3:16; 22:20; 29:24; 47:17, 18
**thread** [1]
  9:7
**threaten** [2]
  47:3, 5
**threatened** [1]
  47:7
**threatening** [1]
  42:10
**Three** [1]
  19:25
**three** [10]
  19:19; 24:8; 25:22; 27:24;
  33:10; 35:22; 41:5; 52:3;
  63:13; 66:11
**Thursday** [1]
  79:11
**Till** [1]
  19:12
**times** [14]
  19:19, 25; 22:8; 34:16, 17,
  19, 23, 24; 37:21, 22, 24;
  38:2; 41:7; 70:15
**title** [1]
  24:21
**today's** [2]
  7:16; 86:8
**tone** [1]
  38:12
**total** [1]
  33:9
**totally** [1]
  86:2
**touch** [1]
  25:9
**towards** [1]
  12:6
**trained** [1]
  23:12
**training** [4]
  13:12, 13, 15, 24
**transcribed** [1]
  4:11
**transcript** [5]
  4:25; 5:3; 15:19; 60:25; 65:8
**transcription** [1]
  65:13
**transfer** [2]
  69:9, 11
**transferred** [3]
  21:25; 22:4; 25:14
**treated** [3]
  51:10, 11; 84:8
**treatment** [2]
  77:1, 3
**TRIAL** [1]
  1:14
**Trial** [1]
  87:24
**trial** [27]
  3:25; 6:24; 7:1, 4; 16:7, 8, 10;
  17:8, 10; 51:3, 6, 11, 13;
  61:3, 4, 6, 7, 19, 21, 23;
  62:23; 64:1; 66:2, 17, 18;
  80:13; 81:7
**tries** [1]
  81:2
**trouble** [4]
  39:12; 47:20; 57:4; 81:20
**true** [1]
  88:11
**truthfully** [2]
  5:12; 86:11
**turns** [2]
  36:4, 5
**TV** [1]
  45:18
**type** [6]
  13:15; 32:23; 65:22; 77:1, 3;
  81:22
**typed** [1]
  65:4
**typewritten** [2]
  65:1, 9

— U —

**ultimately** [3]
  8:23, 25; 9:22
**undercover** [11]
  19:5, 6, 9, 10, 11, 14, 17;
  20:25; 21:12, 16; 22:15
**undercovers** [1]
  81:22
**understand** [15]
  4:20, 21, 22; 5:14; 6:13; 10:2;
  58:15; 68:8; 69:22; 75:2, 3;
  76:24; 77:6, 12; 86:9
**understanding** [3]
  27:11; 72:21; 83:23
**understands** [1]
  58:17
**understood** [1]
  69:9
**unemployment** [1]
  14:3
**Union** [1]
  59:10
**union** [25]
  16:13, 18; 17:11, 12, 13, 14,
  16, 20, 23; 18:1, 5; 55:19;
  56:3, 9, 16; 58:4; 59:9; 70:15,
  23; 71:2, 11, 14, 24; 72:5;
  82:13
**Unit** [1]
  18:18
**unit** [10]
  20:11, 16; 23:2; 25:10; 27:7;
  42:12; 69:14, 15, 18; 81:19
**UNITED** [1]
  1:1
**United** [1]
  3:21
**units** [1]
  25:8
**University** [1]
  20:8
**unlawful** [1]
  74:10
**upset** [1]
  50:5
**upstairs** [3]
  45:15; 46:1, 4

— V —

**vacation** [1]
  82:1
**varied** [1]
  55:13
**vary** [1]
  55:12
**Vasquez** [48]
  8:4, 6, 11; 22:23, 25; 23:1, 7,
  11, 14, 24; 24:3, 14; 25:7, 16,
  25; 26:8, 16, 23; 27:10, 16;
  28:7, 11, 12, 14; 29:16, 20;
  32:14, 18, 19, 22; 33:20;
  34:2, 13; 35:6, 10; 36:2, 24;
  37:1, 2, 6, 13, 14, 15; 50:19;
  59:3; 72:19; 84:21
**verbal** [1]
  4:14
**verified** [1]
  67:8
**version** [1]
  65:9
**versus** [1]
  3:20
**Village** [1]
  20:7
**violated** [5]
  50:5, 6, 9; 80:15; 82:12
**violating** [2]
  80:17; 82:17
**Viper** [1]
  22:1
**vis** [2]
  9:7
**vocational** [2]
  13:13, 14
**Vodka** [1]
  6:11
**vodka** [1]
  6:12
**voice** [1]
  38:12

— W —

**wait** [1]
  4:17
**waited** [1]
  48:4
**waits** [1]
  43:17
**walked** [4]
  45:15; 46:1, 5; 54:11
**WALKER-DIALLO** [61]
  2:10; 3:5; 4:1; 9:4, 12; 10:24;
  11:3, 7, 11, 15, 23; 12:2, 15,
  20; 16:17, 24; 26:2, 5, 11, 17,
  21; 58:12; 60:16; 61:5, 25;
  62:7; 63:11, 17; 64:3, 9; 66:7,
  20, 23; 67:6, 9, 18; 68:23;
  69:4; 73:10, 18, 21, 23; 74:3,
  20, 25; 75:22; 76:2, 6, 13, 18;
  77:18; 79:1; 80:9, 17, 21, 24;
  81:6, 11; 84:24; 86:15; 87:17
**Walker-Diallo** [2]
  3:12; 76:21
**walking** [1]
  43:23
**wanted** [13]
  29:10; 31:14; 38:18, 19;
  47:17, 24; 57:24; 59:1; 70:18,
  25; 71:3, 11; 85:3
**watch** [1]
  48:2
**watched** [1]
  48:7
**we'd** [1]
  24:11
**We'll** [1]
  5:5
**we'll** [5]
  9:16; 12:4, 18, 23; 49:5
**We're** [1]
  73:6
**we're** [10]
  12:3, 8; 32:23; 36:9; 38:8;
  46:10; 49:13; 58:2; 80:13;
  82:21
**weapon** [9]
  46:8, 9, 11, 16, 17, 20; 47:15,
  16, 20
**weapons** [5]
  52:9, 10, 11, 13, 21
**week** [11]
  19:16, 19, 21, 25; 20:2; 22:5,
  9; 56:23; 63:19, 20
**weekly** [1]
  22:6
**weeks** [1]
  52:3
**welfare** [1]
  14:8
**weren't** [3]
  41:17; 46:25; 82:5

What's [1]
  73:5
what's [1]
  67:19
WHEREOF [1]
  38:16
whereupon [9]
  26:19; 62:2; 64:12; 66:22;
  67:1; 69:6; 76:8; 79:3; 86:16
whichever [1]
  51:14
white [1]
  54:1
whoever [2]
  54:6; 78:18
willing [2]
  41:7; 48:19
willingly [1]
  81:23
window [1]
  43:5
withdrawn [2]
  16:2; 39:21
WITNESS [16]
  15:25; 17:2; 19:24; 31:22, 24;
  37:15; 49:20; 53:16; 60:23;
  61:14; 64:8; 69:2; 72:5;
  85:16, 24; 88:16
witness [8]
  3:1; 6:24; 7:1, 4, 6; 86:17;
  88:9, 12
Witnesses [1]
  78:9
witnesses [3]
  78:6, 11, 15
won't [1]
  69:1
Woolworth [2]
  44:5, 17
word [4]
  19:3; 29:22; 69:14; 80:12
words [2]
  32:23; 65:8
work [25]
  7:3; 13:18; 19:9, 13; 22:10;
  23:14; 24:23; 30:5; 44:24;
  45:3; 49:15; 51:25; 55:14, 15;
  73:2, 15; 74:23; 75:7, 10, 13,
  17; 76:11; 77:5, 10, 14
worked [13]
  10:5; 19:17; 22:5; 24:19;
  27:7; 30:8; 33:21, 22; 49:12;
  51:9; 83:15, 17
Workers [1]
  14:5
workers [1]
  84:15
working [4]
  14:23; 18:9; 78:18, 23
works [2]
  12:5
worried [1]
  48:25
worry [2]
  49:5; 71:19
worth [2]
  12:13, 14
wouldn't [2]
  16:1, 5
write [2]
  65:3, 14

written [3]
  56:22; 65:22; 66:2
wrong [1]
  86:2
wrote [1]
  65:16

– Y –

Yankee [15]
  39:14, 15; 40:11, 13; 41:1, 3,
  9; 42:25; 44:8; 47:5, 8; 58:3;
  71:7; 78:10, 12
year [5]
  12:10; 15:20, 24; 17:13;
  27:25
years [2]
  15:2; 63:13
YORK [4]
  1:1, 5; 88:3, 4
York [16]
  1:17, 18; 2:4, 8, 9; 3:3, 9, 13,
  15, 20, 22; 10:5, 15; 88:8
you'd [1]
  65:22
you've [4]
  13:2; 24:13; 37:9; 82:3