```
----------------------------------------------------------  x
                                                            x
POLICE DEPARTMENT CITY OF NEW YORK                          x
                        - Petitioner -                      x    NOTICE OF AMENDMENT
                                                            x       OF CHARGES
        - against -                                         x
                                                            x
                                                            x    DISCIPLINARY   CASE
DETECTIVE LISSANDER DONES                                   x    No. 80292/04
Tax Registry No. 885547                                     x
                        - Respondent -                      x
----------------------------------------------------------  x
```

PLEASE TAKE NOTICE that on **October 26, 2004** Counsel for Petitioner amends the original Charges which were served on Respondent, as follows:

*Specifications # 3 & 4 should be added to read:*

3. Said Detective Lissander Dones assigned to the Internal Affairs Bureau, during an official department investigation, conducted by Lieutenant Ronald Mejia and Sergeant Francis Teran of Internal Affairs Bureau Group #41, on September 7, 2004, pursuant to the provisions of Patrol Guide Section 206-13 did wrongfully make false and misleading statements.

    P.G. 203 -08 Pg#1 Para #1 PROHIBITED CONDUCT

4. Said Detective Lissander Dones assigned to the Internal Affairs Bureau, on or about November 28, 2004, while off duty, did wrongfully and without just cause operate a Department vehicle # 169 without permission or authority to do so.

    P.G., #203-05 PAGE 1, PARA 16 Performance of Duty - general
    GENERAL REGULATIONS

5. Said Detective Lissander Dones assigned to the Internal Affairs Bureau, on or about November 28, 2004, while off duty, did access a Department computer, IAB PRO, and make unofficial inquires for non Departmental purposes..

    P.G., #219-14 PAGE 1, PARA 2  Department Computer Systems
    DEPARTMENT PROPERTY

Dated: **October 22, 2004**
New York, New York