THE CITY OF NEW YORK

POLICE DEPARTMENT

DEPARTMENT ADVOCATE'S OFFICE

In the Matter of

DETECTIVE MANTZ

Case #:   80292/04
IAB #:    03/31243
C#:       03-0963

One Police Plaza

New York, New York  10038

September 28, 2004

PRESENT:

    INVESTIGATORS:    Sgt. Frank Terran
                           Lt. Ronald Mehere

    SUBJECT:          Det. Mantz

    ATTORNEY:        Mr. Joe Cousinelli, DEA

00000798

```
1        SGT. TERRAN:  ... 2004. The time is approximately
2   15:10 hours.  This is Sgt. Terran at 315 Hudson Street.
3   Present with me is Lt. Mehere, Group #41.  We are about
4   to interview Detective Mantz in connection with IAB
5   Case Nbr. 03/31243, C# 03-0963, which occurred on
6   November 26, 2003 at approximately 13:30 hours.  End of
7   test.
8                     OFF THE RECORD
9       SGT. TERRAN: The date is September 28, 2004.  The
10  time is approximately 15:15 hours.  Detective, I am
11  Sgt. Terran.  Present with me is?
12      LT. MEHERE:  Lieutenant Ronald Mehere.
13      SGT. TERRAN:  Please state your rank, name, and
14  command?
15      DET. MANTZ:  Detective Donald P. Mantz, my command
16  is IAB Group #51.
17      SGT. TERRAN:  Shield Number?
18      DET. MANTZ:  114.
19      SGT. TERRAN:  Present and acting as your legal
20  representative is?
21      DET. MANTZ:  Joe Cousinelli, Welfare Officer for
22  the DEA.
23      SGT. TERRAN:  Detective, are you satisfied with
24  your representation?
25      DET. MANTZ:  I am.
```

                                    Det.Mantz - 9/28/04                    2

00000799

```
 1          SGT. TERRAN:  The following misconduct is alleged:
 2     Disclosing confidential information and computer
 3     misuse.  At this time you are present as a witness.
 4          This is an official department investigation.  It
 5     is my duty to inform you that you are required to
 6     answer questions directed to you by a superior officer
 7     truthfully and to the best of your knowledge.  This
 8     interview is being conducted under the provisions of
 9     Patrol Guide Section 206-13 which states:  I wish to
10     advise you that you are being questioned as part of an
11     official investigation by the Police Department.  You
12     will be asked questions specifically and narrowly
13     related to the performance of your official duties.
14     You are entitled to all the rights and privileges
15     guaranteed by the laws of the State of New York, the
16     Constitution of this State and the Constitution of the
17     United States, including the right not to be compelled
18     to incriminate yourself and the right to have legal
19     counsel present at each and every stage of this
20     investigation.  I further wish to advise you that if
21     you refuse to testify or answer questions relating to
22     the performance of your official duties, you will be
23     subject to departmental charges which could result in
24     your dismissal from the Police Department.  If you do
25     answer, neither your statements nor any information or
```

                              Det.Mantz - 9/28/04                    3

```
 1    evidence which is gained by reason of such statements,
 2    can be used against you in any subsequent criminal
 3    proceedings.  However, these statements may be used
 4    against you in relation to subsequent departmental
 5    charges.
 6         Detective, do you understand the provisions of
 7    Patrol Guide 206-13?
 8         DET. MANTZ:  Yes, I do.
 9         SGT. TERRAN:  The Department's policy regarding
10    false statements states that the making of false
11    statements will result in dismissal from the
12    Department, absent exceptional circumstances.  Examples
13    of false statements include, but are not necessarily
14    limited to, lying under oath during a civil,
15    administrative or criminal proceeding, as well as
16    during an official department interview conducted
17    pursuant to Patrol Guide Procedure 206-13 -
18    "Interrogation of Members of the Service."  Exceptional
19    circumstances will be determined by the Police
20    Commissioner on a case-by-case basis.
21         Detective, do you understand the provisions of
22    Patrol Guide 203-08?
23         SGT. GARLAND:  Yes, I do.
24         SGT. TERRAN:  Detective Mantz, please state your
25    tax number.
```

*Det.Mantz - 9/28/04*                                                4

```
 1         DET. MANTZ:  909846.
 2         SGT. TERRAN:  And what is your present assignment,
 3    your command?
 4         DET. MANTZ:  I'm in charge of the solicitation
 5    investigations and specialized cases, work directly
 6    through Lt. Zirillo, and I also handle the roll calls
 7    and administrative duties, the computer duties.
 8         SGT. TERRAN:  And how long have you been in Group
 9    #51?
10         DET. MANTZ:  March 2001, a little over three
11    years.
12         SGT. TERRAN:  I want to just bring you back.  Were
13    you working on November 27th of 2003?
14         DET. MANTZ:  November 27th?
15         SGT. TERRAN:  There is a roll call there just to
16    refresh your recollection.
17         DET. MANTZ:  Yes, I was.
18         SGT. TERRAN:  Can you tell me your tour of duty on
19    that date?
20         DET. MANTZ:  5:45 to 14:00.
21         SGT. TERRAN:  What is your office number?
22         DET. MANTZ:  My office phone number?
23         SGT. TERRAN:  Yes, your office phone number.
24         DET. MANTZ:  The one directly at my desk is 718-
25    383-8454.
```

```
 1         SGT. TERRAN:  8454?
 2         DET. MANTZ:  Yes.
 3         SGT. TERRAN:  And can you tell me whose telephone
 4    number is 383-8067?
 5         DET. MANTZ:  That's the main number that comes
 6    into the unit, 8067 is I think there is two desks that
 7    have it but anyone can pick up that line.
 8         SGT. TERRAN:  Can you tell me which two?
 9         DET. MANTZ:  I think the desk that has it right
10    now Detective Siraco sits at that desk and I'm not suer
11    where the other phone may ring on that.  To my
12    knowledge I just don't know for sure.
13         SGT. TERRAN:  All right.  On November 27, 2003,
14    you stated that you were working on that day and you
15    were performing a 5 to 1 tour?
16         DET. MANTZ:  5:45 to 2.
17         SGT. TERRAN:  Did there ever come a point in time
18    on that day, if you recall, which was Thanksgiving,
19    that was Thanksgiving day--
20         DET. MANTZ:  Yes it was.
21         SGT. TERRAN:  Do you know who else was working on
22    that date?
23         DET. MANTZ:  By looking at the roll call and the
24    sign-in sheet, yes, I can see that Detective Perry from
25    the Mice Unit, Group #7 came into my office because he
```

                              Det.Mantz - 9/28/04                    6

00000803

```
 1   and I had to work on the computers that day.  That's
 2   what we had discussed to do that day.  So Detective
 3   Perry signed on in my office and we did computer work
 4   that day.  And then I know that Captain (Ferman) came
 5   in and then Detective Balle came in.
 6       SGT. TERRAN:  Did you receive a call from
 7   Detective Dones on November 27, 2003, do you recall?
 8       DET. MANTZ:  I can't recall.  I could have
 9   received a call from him.  It would not have been
10   unusual for me to receive a call from him since we work
11   in the office but I can't specifically say whether I
12   did that day.
13       SGT. TERRAN:  The call it was about 10:00 in the
14   morning, 10:18 in the morning.
15       DET. MANTZ:  It's possible.  I don't have a
16   recollection of it.  If he did call in the office at
17   that time in the morning and I answered the phone, yes
18   I did receive a phone call.
19       SGT. TERRAN:  You don't recall him ever wishing
20   you guys a happy Thanksgiving?
21       DET. MANTZ:  No, I'm sorry, I don't remember that.
22       SGT. TERRAN:  Okay.  Do you recall if at all
23   possible during that day Detective Dones ever inquire
24   as to who was working on that date or the following
25   date?  Which would be November 28th of 2003?
```

Det.Mantz - 9/28/04                                              7

```
 1         DET. MANTZ:  I don't have a recollection of the
 2    phone call so I don't know for sure.  He could have
 3    asked me and I could have told him, and it would be
 4    normal for me to go ahead and tell him, yes okay so and
 5    so is working this time and you know who is working
 6    tomorrow or today?
 7         SGT. TERRAN:  Regarding computer codes, do you
 8    have a computer code?
 9         DET. MANTZ:  Yes, I do.
10         SGT. TERRAN:  Do you hand out computer codes to
11    the guys in your unit?
12         DET. MANTZ:  I am the only person who has a list
13    of everyone's computer code.
14         SGT. TERRAN:  And where do you have that?
15         DET. MANTZ:  That is locked in my upper right hand
16    desk drawer of my desk.
17         SGT. TERRAN:  Would anyone else in your unit have
18    access to those codes?
19         DET. MANTZ:  No, sir.
20         SGT. TERRAN:  Did there ever come a point in time,
21    were you working on November 28, 2003?
22         DET. MANTZ:  Yes, I was.
23         SGT. TERRAN:  Can you tell me what tour you were
24    working on that day?
25         DET. MANTZ:  On that day I came in at the same
```

00000805

1   time, 5:45. We were approached to come in early, to
2   work an early tour. And the same reason was to work on
3   the computers.
4       SGT. TERRAN: Do you ever recall receiving a phone
5   call from Detective Dones on that date?
6       DET. MANTZ: No. He could have called me. I mean
7   the phone rings every day. I mean it's not unusual for
8   guys to call in on their RDOs when they are not there,
9   I mean everybody does. And I could have received a
10  call from him, yes, but I don't independently recollect
11  that.
12      LT. MEHERE: Did you work past your tour that day
13  or 14:00 you ended tour? If you look at the paperwork.
14      DET. MANTZ: I think I worked to the end of my
15  tour but I actually think that I signed off at 14:00
16  but I'm not sure. The 26th?
17      SGT. TERRAN: It would be on the 28th, now we are
18  talking about the 28th.
19      DET. MANTZ: 14:00 to end of tour and I can't
20  remember staying in the office any later than 14:00.
21      SGT. TERRAN: Okay. On the 28th do you recall
22  seeing Detective Dones come in on his day off?
23      DET. MANTZ: No. He was never there when I was
24  there.
25      SGT. TERRAN: And you are saying that you left at?

                    Det.Mantz - 9/28/04                 9

00000806

1    DET. MANTZ: At approximately 14:00 it would have
2    been you know to my recollection I left around 14:00.
3    The only reason I wouldn't have left at 14:00 or I may
4    have left and dropped and something off in Manhattan or
5    something that day but I don't know for sure.
6    SGT. TERRAN: On the 28th of November, did you
7    access any computer logs, any IA-Prologues pertaining
8    to Detective Vasquez?
9    DET. MANTZ: I don't remember whether I perused
10   the logs in the computer that day or not. But part of
11   my duties are to peruse every log that has anything to
12   do with our group. So I would go through each of the
13   logs like when you go into what's going on, what's
14   happening today. I usually go back a couple of days
15   and I go through every log to see if there is anything
16   that pertains to us. I may have but I don't know
17   whether I, I don't have any recollection purposely of
18   doing it.
19   LT. MEHERE: When you do, do you use your own
20   personal code to access or do you use anybody from the
21   office?
22   DET. MANTZ: My code.
23   LT. MEHERE: So let's say you ran Joe Smith or
24   whatever, it would come under your code.
25   DET. MANTZ: Only my code.

Det.Mantz - 9/28/04                                    10

00000807

```
 1        LT. MEHERE:  And that's how it would tell that you
 2    access all these logs.
 3        DET. MANTZ:  To be perfectly honest with you, I
 4    have never ever used anyone's else's code to sign on
 5    the computer, I use my own code.
 6        SGT. TERRAN:  That list with everyone's codes on
 7    it, did you ever give that list down to anyone, did you
 8    ever provide that information to anyone?
 9        DET. MANTZ:  I never provided other people with,
10    other than if they asked me for their own code.  If
11    they forgot their own I would go to them and say okay
12    let me go check the list and I would get it out and say
13    okay your number is this.
14        SGT. TERRAN:  Did Detective Dones ever ask you to
15    look up any logs pertaining to Julio Vasquez or
16    Detective Rajko?
17        DET. MANTZ:  No.
18        SGT. TERRAN:  Did you, now when I asked you
19    regarding Detective Vasquez, do you remember ever
20    accessing any logs pertaining to Detective Rajko?
21        DET. MANTZ:  We were very early on in this
22    investigation on I think the 26th, my unit was involved
23    in that and I was particularly involved in it.  And yes
24    I did access logs in regards to that.  And I may have
25    gone back to check to see if those logs had been
```

Det.Mantz - 9/28/04                                              11

```
 1   updated and if there was any updates on those logs from
 2   people in my unit.  But other than that, that would
 3   have been the only time that I went in the logs.
 4       SGT. TERRAN:  But that's on the 26th.  The 26th
 5   your group becomes aware of this investigation which is
 6   being carried out.
 7       DET. MANTZ:  Correct.
 8       SGT. TERRAN:  On the 27th--
 9       DET. MANTZ:  I may have gone back in on the 27th
10   and checked those logs to make sure any updates that
11   were done had been done to them. But other than that,
12   no.
13       LT. MEHERE:  But you would use your own code.
14       DET. MANTZ:  My code.  Only my code.
15       SGT. TERRAN:  And the same thing on the 28th,
16   would you come in on the 28th, you were working the
17   28th would you check IA-Prologues pertaining to Julio
18   Vasquez, Detective Rajko or any other members of the
19   service on that date?
20       DET. MANTZ:  Of any other members of the service
21   check logs on any other members of the service on that
22   day would I check them?
23       SGT. TERRAN:  Okay we'll start with Julio Vasquez
24   on the 28th.  Did you check any logs pertaining to him?
25       DET. MANTZ:  I may have.  When I pursue the logs,
```

Det.Mantz - 9/28/04                                        12

```
 1   I may have opened up those logs. When I go through the
 2   logs that have stuff to do with Group #51. Because
 3   everything is on the screen there and I just go down
 4   the list and I click on it and see what it is to make
 5   sure, I may have done that. But not intensely to look
 6   at that log.
 7        SGT. TERRAN:  Related to Detective Rajko, any logs
 8   pertaining to Detective Rajko?
 9        DET. MANTZ:  If it was on the screen, if the log
10   from that previous tour, in other words if the log that
11   had been generated on the 26th I think was still on the
12   screen and I was going down through, yes, I probably
13   would have clicked on that log to make sure that it was
14   there or to make sure that the logs were being perused.
15   But not, for those I would have done it to every log.
16   I don't know whether you understand what I'm trying to
17   say.
18        SGT. TERRAN:  Yes, I do. What about any logs on
19   the 28th pertaining to any other member of the service?
20   Is that customary for you to look up other members of
21   the service? Not related to this incident which
22   involved—
23        DET. MANTZ:  I mean to look up other members of
24   the service?
25        LT. MEHERE:  That's not pertaining to your
```

Det.Mantz - 9/28/04                                13

```
 1   function.
 2       DET. MANTZ:  No I mean I don't go into any other,
 3   anybody else's, I mean sometimes I go into my own to
 4   see if the logs have gone up to mine but other than
 5   clicking on logs that are on the screen, I wouldn't
 6   think that I went to anybody else's that--
 7       SGT. TERRAN:  Would you, on the 28th of November
 8   of 2003, we have 11 logs that were accessed pertaining
 9   to Julio Vasquez.
10       DET. MANTZ:  To my recollection I didn't go into
11   any of them.  Not purposely.  I mean it might have been
12   on the screen or something like that.  If we clicked on
13   his name to see what other logs he had, I would have
14   done that on the 26th.  I don't believe that I would
15   have ever done that on the 28th.  And I don't remember
16   doing that.
17       SGT. TERRAN:  Okay.
18       DET. MANTZ:  Now I know the question, now I
19   understand what you were talking about clicking on
20   things, okay.
21       SGT. TERRAN:  Okay.  To the best of your
22   recollection on November 28th of 2004, did you see
23   Detective Dones in the office?
24       DET. MANTZ:  No, I did not.
25       SGT. TERRAN:  Do you know which vehicle is
```

                        Det.Mantz - 9/28/04                    14

```
 1   assigned to Detective Dones and Detective Clohossy?
 2        DET. MANTZ:  Yes, I do.
 3        SGT. TERRAN:  Which vehicle is that?
 4        DET. MANTZ:  It's a black I think Chevy Impala.  I
 5   can't remember the exact car number, I think it's a
 6   three-digit number.
 7        SGT. TERRAN:  169?
 8        DET. MANTZ:  169, that's it.
 9        SGT. TERRAN:  Okay.  Did you on November 28th of
10   2004, did you use this vehicle, 169?
11        DET. MANTZ:  No, sir.
12        SGT. TERRAN:  Who has the keys to that vehicle?
13        DET. MANTZ:  The keys to the vehicle are Detective
14   Clohossy and Detective Dones.  They are the two Bronx
15   team members that are assigned to that vehicle.  the
16   only other set of keys to that vehicle, that I know of,
17   are locked in Lt. Zirillo's desk drawer.  He has an
18   extra set keys to every vehicle, I'm pretty sure he has
19   an extra set of keys to every vehicle locked in his
20   desk.
21        SGT. TERRAN:  So you didn't see Detective Dones on
22   November 28th?
23        DET. MANTZ:  No, sir, and I have known this has
24   been coming for a while and I've searched my
25   recollection and I just don't remember seeing him.
```

Det.Mantz - 9/28/04                 15

```
 1          LT. MEHERE:  And you left approximately 14:00.
 2          DET. MANTZ:  Approximately 14:00 I would have been
 3   out the door.  It was the day after Thanksgiving and
 4   that's why I came in early so I could get out.
 5          SGT. TERRAN:  Let me ask, do you have a cell phone
 6   number?
 7          DET. MANTZ:  Yes, I do.
 8          SGT. TERRAN:  What is your cell phone number?
 9          DET. MANTZ:  917-916-8101.
10          LT. MEHERE:  You only have one?
11          DET. MANTZ:  That's all I have.
12          SGT. TERRAN:  Do you have a pager number?
13          DET. MANTZ:  I have a department pager but my
14   department pager I never use, it's been in my desk
15   drawer for months.  Well I have two.
16          SGT. TERRAN:  Detective Perry works out of the
17   Mice Unit?
18          DET. MANTZ:  The Mice Unit.
19          SGT. TERRAN:  And he was working with you on—
20          DET. MANTZ:  Thanksgiving day, the 27th.
21          SGT. TERRAN:  Okay and what about the 28th?  Was
22   he there on the 28th?
23          DET. MANTZ:  No, I don't believe he was there on
24   the 28th.  He would have signed in the book and I don't
25   remember him being there on the 28th at all.  I think
```

1  he came there to do, we have a lot of computer problems
2  in our office and he came there to reinstall hardware
3  and then I continued to reinstall that stuff the next
4  day.
5      SGT. TERRAN:  I'm just going to take you back, on
6  the 27th do you recall receiving a phone call from
7  Detective Dones at about 10:00 in the morning?
8      DET. MANTZ:  Specifically I don't recall it.  It
9  is possible that he did call and I did answer the phone
10 and I did speak to him but it wouldn't be abnormal for
11 him to do that.
12     SGT. TERRAN:  On a day off, on a day in which he
13 is off?
14     DET. MANTZ:  In my unit, to be straightforward,
15 people call in on their days off all the time.  I mean
16 we all do.
17     SGT. TERRAN:  And on the 28th do you recall?
18 There were two phone calls made from Detective Dones to
19 your office.  Do you ever recall receiving any one of
20 those phone calls?
21     DET. MANTZ:  Again specifically I can't recall a
22 particular phone call.  I may have spoken to him that
23 day, yes.
24     SGT. TERRAN:  Did you ever access any IA-Prologues
25 under Detective Dones' computer code?

                        Det.Mantz - 9/28/04                    17

00000814

```
 1          DET. MANTZ:  No, sir.
 2          SGT. TERRAN:  On November 28th of 2003, did you
 3   see Detective Dones in the office?
 4          DET. MANTZ:  No.
 5          SGT. TERRAN:  Did you use R&P 169 on November 28,
 6   2003?
 7          DET. MANTZ:  No, sir.
 8          SGT. TERRAN:  All right.  Any questions?  Okay.
 9   Detective, is there anything concerning this
10   investigation which you believe we have not covered?
11          DET. MANTZ:  No, sir.
12          SGT. TERRAN:  You have an opportunity at this time
13   to make statements.  Do you wish to do so?
14          DET. MANTZ:  No, sir.
15          SGT. TERRAN:  The time is now 15:35 hours.  This
16   interview is concluded.
17                      *    *    *
18
19
20
21
22
23
24
25
```

```
 1
 2                    * * * * * * * *
 3
 4    This is to certify that I have typed the above record
 5    from a cassette(s) produced from an electronic sound
 6    recording system in the State of New York and that to
 7    my best knowledge and belief the above record as typed
 8    by me is a true and accurate record of the audiotape
 9    contents of the cassette(s).
10
11
12              _____ Dianne Waddell _____
13                    Dianne Waddell
14                    The Mechanical Secretary, Inc.
15
16
17    Date Transcribed:   January 20, 2005
18
19
20
21
22
23
24
```

Det.Mantz - 9/28/04                                    19

00000816