## INTERNAL AFFAIRS BUREAU GROUP 51

| | SUN 11/23 | MON 11/24 | TUE 11/25 | WED 11/26 | THUR 11/27 | FRI 11/28 | SAT 11/29 |
|---|---|---|---|---|---|---|---|
| **TEAM #3 - MANHATTAN** | | | | | | | |
| SGT. HEARNS — SUPERVISOR | | 1425X2300 | 1425X2300 | MEO #75 | VAC DAY | CHART DAY | RDO |
| DET. CURCIO — INVESTIGATOR | RDO | RDO | 0620x1455 | VACATION | VACATION | VACATION | VACATION |
| DET. MCCANN — INVESTIGATOR | RDO | RDO | VACATION 0900x1630 Court | VACATION | VACATION | VACATION | VACATION |
| DET. VALLE-ZARAKAS — INVESTIGATOR | RDO | RDO 0900x1700 Court | RDO | VACATION | VACATION | VACATION | VACATION |
| DET. MINAYA — INVESTIGATOR | RDO | 0900x1700 Court | 0640x1455 Vac Day | 0640X1455 | 0640X1455 | 0640X1455 | COVERAGE |
| **TEAM #4 - BROOKLYN** | | | | | | | |
| SGT. SCHUMACHER — SUPERVISOR | RDO | 0620X1455 | 0620X1455 | 0540x1355 Lost Time (8:15) | 0640X1455 | 0640X1455 | |
| DET. PIZARRO — INVESTIGATOR | RDO | 0600x1435 0845x1700 | 0640X1455 | 1525x2400 | IVD DAY | VAC DAY | RDO |
| DET. SIRACO — INVESTIGATOR | RDO | 0640X1455 | 0640X1455 | 0640X1455 | IVD DAY | 0640X1455 | RDO |
| DET. SJOHOLM — INVESTIGATOR | RDO | 0640X1455 | 0640X1455 | 0640X1455 | IVD DAY | 0600x1415 | RDO |
| | | 0600x1415 | 0600x1415 | VAC DAY | 0640X1455 0600x1415 | RDO | |

ROLL CALL ADMINISTRATIVE P.D. 408,146 (7-87)-24

NOTE: ALL ASSIGNMENT AND TOUR CHANGES WILL BE NOTED ON REVERSE. ASSIGNMENT OF PERSONNEL FOR WEEK OF: 11/23/03-11/29/03

PREPARED BY DET. FRANCINE LAURA  WEEK #49

2160000912