UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
LISSANDER DONES,     :
    :
    Plaintiff,     :
    :    <u>ORDER</u>
- against -     :
    :    07 Civ. 3085 (SAS)
THE CITY OF NEW YORK, POLICE     :
COMMISSIONER RAYMOND     :
KELLY, in his official and individual     :
capacity; SERGEANT FRANK TERAN,     :
in his official and individual capacity;     :
CAPTAIN THOMAS SCOLLAN, in     :
his official and individual capacity;     :
LIEUTENANT RON MEJIA, in his     :
official and individual capacity; and     :
SERGEANT JULIUS MORTON, in     :
his official and individual capacity,     :
    :
    Defendants.     :
------------------------------------------------------- X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

It is hereby ordered that plaintiff's opposition to defendants' motion for summary judgment is rejected for failure to comply with section III.H of the Court's Individual Rules and Procedures (the "Individual Rules").[1] Specifically, a number of the exhibits to the Declaration of Rocco G. Avallone, Esq., submitted in support of plaintiff's opposition, far exceed the page limit set forth in the

---

[1] *See* 10/31/05 Individual Rules and Procedures of Judge Shira A. Scheindlin, § III.H.

1

Individual Rules. The Court cannot accept entire deposition transcripts as individual exhibits, and plaintiff is directed to excerpt only the relevant pages from those transcripts.

Plaintiff may correct its submissions in support of its opposition to comply with this Court's rules and re-file them no more than five business days from the date of this Order. Defendants may reply by May 25, 2008.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         May 7, 2008

## - Appearances -

**For Plaintiff**:

Christopher F. Bellistri, Esq.
George C. Fontana, Esq.
Linda M. Cronin, Esq.
Rocco G. Avallone, Esq.
Cronin & Byczek LLP
1981 Marcus Avenue
Lake Success, NY 11042
(646) 210-8345
Fax: (516) 358-1730

**For Defendants**:

Carolyn Walker-Diallo
Jonathan Michael Bardavid
NYC Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007
(212) 788-0868
Fax: (212) 788-8877