



THE CITY OF NEW YORK

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

CAROLYN WALKER-DIALLO
*Assistant Corporation Counsel*
Phone: (212) 788-0868
Fax: (212) 788-8877
E-mail: cwalker@law.nyc.gov

May 8, 2008

<u>By Facsimile: (212) 805-7920</u>
Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007



Re:   <u>Dones v. City of New York, et al.</u>
Docket No.: 07 CV 3085 (SAS) (GWG)
Law Dep't No: 2007-014884

Dear Judge Scheindlin:

I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York assigned to defend the above-referenced matter. I write concerning Your Honor's order dated May 7, 2008 permitting plaintiff to re-file his opposition to defendants' summary judgment motion by May 14, 2008 and permitting defendants to serve their reply to plaintiff's re-filed papers by May 25, 2008. However, defendants note that May 25, 2008 is a Sunday and that May 26, 2008 is the Memorial Day Holiday. As such, defendants respectfully request until Tuesday, May 27, 2008 serve their reply papers in this matter.

Respectfully submitted,

Carolyn Walker-Diallo
Assistant Corporation Counsel

c:   Rocco Avallone, Esq.

*Defendants' request is granted. Defendants may reply by May 27, 2008. SO ORDERED.*

*Date: May 8, 2008*

*Shira A. Scheindlin, USDJ*

LETTER TO HONORABLE SHIRA A. SCHEINDLIN
MAY 8, 2008
PAGE 2 OF 2

    Attorney for Plaintiff
    (By Facsimile)