

**CHARGES AND SPECIFICATIONS**

PD 468-121 (Rev. 1-02)-Pent

| Date |
|---|
| September 10, 2004 |

| Command | Serial No. | I.A.B. Log No. | I.A.B. Member Notified | Department Advocate's Office Serial Number |
|---|---|---|---|---|
| IAB GROUP #41 | I.A.B. NO. 217 | 04-28478 | P.O. Hinds | 80292/04 |

**TO THE POLICE COMMISSIONER:**

| | Rank-Title | Surname | First Name   Initial | Shield No. | Tax Reg. No. |
|---|---|---|---|---|---|
| I hereby CHARGE | DET | DONES | LISSANDER | 2648 | 885547 |

| Squad or Chart No. | Command | Date Entered Dept. |
|---|---|---|
| | INTERNAL AFFAIRS BUREAU | 01/21/85 |

with VIOLATION OF DEPARTMENT REGULATIONS

**SPECIFICATIONS**

in that:

N  1. Said Detective Lissander Dones, assigned to Internal Affairs Bureau, on or about November 26, 2003 and November 28, 2003 did wrongfully and without just cause prevent or interfere with an official Department investigation.

PG 203-10  Pg. #1 para. #2(d)         **PROHIBITED CONDUCT**         CODE C3

G  2. Said Detective Lissander Dones, assigned as indicated in Specification #1, on or about November 26, 2003 and November 28, 2003, wrongfully divulged or disclosed official Department business.

PG 203-10  Pg. #1 para. #3         **PROHIBITED CONDUCT**         CODE 18

Valrie Jackson
Inspector

DEPARTMENT ADVOCATE'S OFFICE
RECOMMEND APPROVAL
DATE 9/19/04

APPROVED
DATE

**Instructions:** After all specifications are entered, list witnesses for the department. (If witness is civilian, enter name and address on Official Letterhead PD 158-151). If member of the force, give rank, name, shield number and command. Also indicate scheduled vacation (if any), chart, squad no., or working schedule of complainant, respondent and witnesses (if member of the department).