Exhibit 6

PD020105.TXT

4 that an E-ZPass from one car would be switched to
5 another car?
6    A    No, every car has their own E-ZPass.
7    Q    Each car keeps their own E-ZPass?
8    A    Yes.
9    Q    Is there any switching of E-ZPasses
10 between cars?
11    A    Not that I'm aware of.
12    Q    So there is a specific E-ZPass assigned
13 to each specific car?
14    A    Correct.
15    Q    Sergeant, were you working on November
16 28, 2003?
17    A    What day of the week was that?
18    Q    That would be a Friday.
19    A    No, I was off. It's my regular day off.
20    Q    And you don't have access to anyone
21 else's computer code, correct?
22    A    No.
23    Q    Sergeant, how often have you looked up a
24 case not involving your group in the IA-Pro log?

PD020105.TXT
25     A   How often?

(212) 349-9692 TANKOOS REPORTING COMPANY (516) 741-5235

55

1              Garland - Direct

2      Q   Yes.

3      A   I look at logs just about every day.

4      Q   Do you look at logs that may involve
5 investigations outside of your department?

6      A   Yes.

7          COMM. VINAL:  Outside of Group 51?

8          MS. BAPTISTE:  Yes.

9      A   Yes.

10     Q   Why do you do that?

11     A   Well, for a few different reasons.
12 Curiosity. Sometimes, although the heading of the
13 log will say something, sometimes inside the log is
14 something else.

15         I look at a lot of logs every day, not

Page 78

PD020105.TXT
16 every day, but when I do log on, I look at the logs.

17    Q   So if it's a case labeled "corruption,"
18 would you look at that case log?

19    A   Yes.

20    Q   Have you ever looked up information
21 involving Detective Vasquez?

22    A   Yes.

23    Q   On what date did you look up any
24 information involving Detective Vasquez?

25    A   I don't remember the exact date.

(212) 349-9692 TANKOOS REPORTING COMPANY (516) 741-5235

0

56

1        Garland - Direct

2    Q   But you know you were not working on
3 November 28th; is that correct?

4    A   Correct, I wasn't working that day.

5    Q   When you looked at that case involving
6 Vasquez, did you –

Page 79

PD020105.TXT

```
 7           COMM. VINAL: The log, correct?
 8           THE WITNESS: Yes.
 9           COMM. VINAL: Is that what you are
10    accessing, a log?
11           THE WITNESS: Yes.
12           COMM. VINAL: Just for the record.
13           THE WITNESS: Yes.
14     Q   Did you also look up Vasquez and Rachko?
15     A   Whatever was in the log, I read.
16     Q   When you did those things, whose
17 computer code did you use?
18     A   I used my own code.
19     Q   Was there ever a time when you asked
20 Detective Dones to use his code to look up that
21 information?
22     A   No.
23     Q   Was there a time that Detective Dones
24 was on the computer and you, while he was on the
25 computer, used the computer to look up that
```

(212) 349-9692 TANKOOS REPORTING COMPANY (516) 741-5235

PD020105.TXT

19  Q  And Minaya was with you that night?

20  A  Yes.

21  Q  And Dones?

22  A  Yes.

23  Q  And Clohessy?

24  A  Yes.

25  Q  Okay.

(212) 349-9692 TANKOOS REPORTING COMPANY (516) 741-5235

58

1              Garland - Cross

2              And it is true, Sergeant, is it not,

3 that there came a time, while you were there that

4 night, when you learned about this Queens drug

5 rip-off by Vasquez and Rachko, correct?

6     A  Yes.

7     Q  And you learned about that while you

8 were in the 1st Precinct, correct?

9     A  I don't know if I was in the 1st

Page 82

PD020105.TXT

10 Precinct at that time.

11          Sometime that night I learned about it,

12 yes.

13     Q   Okay.

14          And you learned that members of the

15 service were involved, correct?

16     A   Correct.

17     Q   And that information was discussed among

18 the members of your team, correct?

19     A   Yes.

20     Q   And there was no attempt to hide that

21 information, was there?

22     A   No.

23     Q   There was no attempt to indicate that

24 that was confidential information, was there?

25     A   No.


(212) 349-9692 TANKOOS REPORTING COMPANY (516) 741-5235

59

PD020105.TXT

1            Garland - Cross

2    Q    As a matter of fact, at some point
3 during that night, you understood that Rachko and
4 Vasquez had been arrested; isn't that true?

5    A    I don't know if I knew Vasquez was
6 arrested. I knew Rachko had been arrested.

7    Q    You knew Vasquez had been with him,
8 right?

9    A    I'm sorry?

10    Q    You knew that Vasquez was also part of
11 that investigation?

12    A    Yes.

13    Q    That matter was freely and openly
14 discussed with the members of your team in the 1st
15 Precinct?

16    A    Yes.

17    Q    It was discussed in the squad room,
18 correct?

19    A    It was discussed that night. I don't
20 know if it was exactly in the squad room.

21    Q    It was openly discussed?

Page 84

PD020105.TXT

22  A  Yes.

23  Q  Nothing confidential, hidden, about it?

24  A  No.

25  Q  Did there ever come a time when you

(212) 349-9692 TANKOOS REPORTING COMPANY (516) 741-5235

60

1          Garland - Cross

2 discussed that information with Detective Dones, when

3 he indicated to you that he knew Vasquez?

4  A  Yes.

5  Q  Okay.

6          Tell the Court what transpired, what

7 Detective Dones said to you, and how he said it to

8 you, how it came out that he said it to you.

9  A  Well, we mentioned the guy's name,

10 Vasquez, and I think Detective Dones said Julio.

11          I said, "I think that's his name." He

12 said, "I know him. I used to work with him." He

Page 85

PD020105.TXT

13 said, I think, "He broke me in."

14    Q   He came out and said that to you

15 spontaneously?

16    A   Yes.

17    Q   You didn't ask him?

18    A   No.

19    Q   He volunteered?

20    A   Yes.

21    Q   Was there any attempt on his part to

22 hide his association with Vasquez?

23    A   No.

24    Q   Now, during the course of that evening

25 when you discussed this matter, you learned that it

(212) 349-9692 TANKOOS REPORTING COMPANY (516) 741-5235

61

1           Garland - Cross

2 was a police impersonation case, correct?

3    A   Yes.

Page 86

PD020105.TXT
16 taken off, anyone in any other automobile can use

17 that E-ZPass?

18      A   Yes.

19      Q   Merely because it was used at a specific

20 time, there is no guarantee that the automobile that

21 was used with it was 169; isn't that true?

22      A   I guess you could say that's correct.

23      Q   Okay.

24          Now, you said that you access IA-Pro and

25 look at logs every day, correct?


(212) 349-9692 TANKOOS REPORTING COMPANY (516) 741-5235

o

                                63

1               Garland - Cross

2       A   Yes.

3       Q   Almost every day?

4       A   Yes.

5       Q   You do that to acquaint yourself with

6 what is going on in IAB world?

Page 89

*PD020105.TXT*

*7      A    Yes.*

*8      Q    That is information you want to know, as*

*9 an investigator?*

*10     A    Yes.*

*11     Q    You look at all logs that are available*

*12 to you?*

*13     A    I have access to all logs.*

*14     Q    It would be nothing for you to look at a*

*15 C log, as well as a misconduct log, would it?*

*16     A    Yes.*

*17     Q    Okay.*

*18          Let me ask you this.*

*19          With respect to the accessing of the*

*20 logs, do you know whether or not the IA-Pro program*

*21 is one that has to be logged out of in order to log*

*22 off of it; or does it automatically kick you out*

*23 after a certain period of time?*

*24     A    I don't know if it kicks you out after a*

*25 certain amount of time.  I don't believe it does.*

PD020105.TXT

64

1           Garland - Cross

2     Q    Okay.

3          If you log onto IA-Pro, and then forget
4 to log off, IA-Pro would be accessible on that
5 machine for as long as that machine is operating,
6 until someone logs it off, correct?

7     A    Yes, that's correct.  As far as I know,
8 that's correct.

9     Q    Okay.

10         Sergeant, isn't it true that there are
11 times when, for whatever reason, members of the
12 group, Group 51, forget to log off of IA-Pro, and
13 IA-Pro stays on their machine?

14    A    Yes.

15    Q    And when that occurs, anyone in Group 51
16 can walk over to a particular machine where IA-Pro is
17 up and access logs through IA-Pro, correct?

18    A    Yes.

PD020105.TXT

19    Q    And when they access IA-Pro through that
20 particular machine, when you run a printout of that
21 particular log, it would show that it was accessed
22 under a particular Detective's ID, even if that
23 Detective was not actually the one who was accessing
24 the log; isn't that true?
25    A    You lost me.


(212) 349-9692 TANKOOS REPORTING COMPANY (516) 741-5235


65

1           Garland - Cross

2    Q    A convoluted question?

3    A    Yes.

4    Q    I want you to assume that a Detective
5 has logged onto IA-Pro and has failed to log off.

6    A    Yes.

7    Q    He has left the command.

8    A    Okay.

9    Q    He has left his computer on, and IA-Pro

PD020105.TXT

10 is still up.

11    A   Okay.

12    Q   Isn't it a fact, if another Detective

13 were to walk over to that computer, and access a log,

14 he would have no problem doing that?

15    A   Correct.

16    Q   Isn't it also true, under those

17 circumstances, if a printout was run of who accessed

18 that log, it would show the ID of the Detective who

19 failed to log out?

20    A   Yes.

21    Q   And there would be no way of knowing

22 that it was another Detective who actually did that

23 access; isn't that true?

24    A   Correct.

25    Q   All you would have is the ID who logged

(212) 349-9692 TANKOOS REPORTING COMPANY (516) 741-5235

66

PD020105.TXT
1         Garland - Cross

2 on originally and forgot to log off?

3     A    Yes.

4     Q    You did not work on November 28th,
5 correct?

6     A    That was a Friday?

7     Q    Yes.

8     A    Yes, I was off.

9     Q    Okay.

10         MR. KARASYK: I have no further
11    questions.

12         Thank you very much.

13         COMM. VINAL: Any Redirect?

14         MS. BAPTISTE: No further questions.

15         COMM. VINAL: There being no further
16    questions, you can step down.

17         You are excused.

18         (Witness excused.)

19         COMM. VINAL: The Department has another
20    witness to call?

21         MS. BAPTISTE: The Department calls