Exhibit 7

THE CITY OF NEW YORK

POLICE DEPARTMENT

DEPARTMENT ADVOCATE'S OFFICE

In the Matter of

DETECTIVE MANTZ

Case #:    80292/04
IAB #:     03/31243
C#:        03-0963

One Police Plaza

New York, New York   10038

September 28, 2004

PRESENT:

    INVESTIGATORS:       Sgt. Frank Terran
                             Lt. Ronald Mehere

        SUBJECT:            Det. Mantz

        ATTORNEY:          Mr. Joe Cousinelli, DEA

00000798

1    time, 5:45.   We were approached to come in early, to

2    work an early tour.   And the same reason was to work on

3    the computers.

4         SGT. TERRAN:   Do you ever recall receiving a phone

5    call from Detective Dones on that date?

6         DET. MANTZ:   No.   He could have called me.   I mean

7    the phone rings every day.   I mean it's not unusual for

8    guys to call in on their RDOs when they are not there,

9    I mean everybody does.   And I could have received a

10   call from him, yes, but I don't independently recollect

11   that.

12        LT. MEHERE:   Did you work past your tour that day

13   or 14:00 you ended tour?   If you look at the paperwork.

14        DET. MANTZ:   I think I worked to the end of my

15   tour but I actually think that I signed off at 14:00

16   but I'm not sure.   The 26th?

17        SGT. TERRAN:   It would be on the 28th, now we are

18   talking about the 28th.

19        DET. MANTZ:   14:00 to end of tour and I can't

20   remember staying in the office any later than 14:00.

21        SGT. TERRAN:   Okay.   On the 28th do you recall

22   seeing Detective Dones come in on his day off?

23        DET. MANTZ:   No.   He was never there when I was

24   there.

25        SGT. TERRAN:   And you are saying that you left at?

                    *Det.Mantz – 9/28/04*                    9

00000806

1       DET. MANTZ:  At approximately 14:00 it would have

2    been you know to my recollection I left around 14:00.

3    The only reason I wouldn't have left at 14:00 or I may

4    have left and dropped and something off in Manhattan or

5    something that day but I don't know for sure.

6       SGT. TERRAN:  On the 28th of November, did you

7    access any computer logs, any IA-Prologues pertaining

8    to Detective Vasquez?

9       DET. MANTZ:  I don't remember whether I perused

10   the logs in the computer that day or not.  But part of

11   my duties are to peruse every log that has anything to

12   do with our group.  So I would go through each of the

13   logs like when you go into what's going on, what's

14   happening today.  I usually go back a couple of days

15   and I go through every log to see if there is anything

16   that pertains to us.  I may have but I don't know

17   whether I, I don't have any recollection purposely of

18   doing it.

19      LT. MEHERE:  When you do, do you use your own

20   personal code to access or do you use anybody from the

21   office?

22      DET. MANTZ:  My code.

23      LT. MEHERE:  So let's say you ran Joe Smith or

24   whatever, it would come under your code.

25      DET. MANTZ:  Only my code.

*Det.Mantz - 9/28/04*          10

00000807

1      LT. MEHERE:  And that's how it would tell that you

2  access all these logs.

3      DET. MANTZ:  To be perfectly honest with you, I

4  have never ever used anyone's else's code to sign on

5  the computer, I use my own code.

6      SGT. TERRAN:  That list with everyone's codes on

7  it, did you ever give that list down to anyone, did you

8  ever provide that information to anyone?

9      DET. MANTZ:  I never provided other people with,

10  other than if they asked me for their own code.  If

11  they forgot their own I would go to them and say okay

12  let me go check the list and I would get it out and say

13  okay your number is this.

14      SGT. TERRAN:  Did Detective Dones ever ask you to

15  look up any logs pertaining to Julio Vasquez or

16  Detective Rajko?

17      DET. MANTZ:  No.

18      SGT. TERRAN:  Did you, now when I asked you

19  regarding Detective Vasquez, do you remember ever

20  accessing any logs pertaining to Detective Rajko?

21      DET. MANTZ:  We were very early on in this

22  investigation on I think the 26th, my unit was involved

23  in that and I was particularly involved in it.  And yes

24  I did access logs in regards to that.  And I may have

25  gone back to check to see if those logs had been

*Det.Mantz – 9/28/04*                        11

1   updated and if there was any updates on those logs from

2   people in my unit.  But other than that, that would

3   have been the only time that I went in the logs.

4   SGT. TERRAN:  But that's on the 26th.  The 26th

5   your group becomes aware of this investigation which is

6   being carried out.

7   DET. MANTZ:  Correct.

8   SGT. TERRAN:  On the 27th—

9   DET. MANTZ:  I may have gone back in on the 27th

10  and checked those logs to make sure any updates that

11  were done had been done to them. But other than that,

12  no.

13  LT. MEHERE:  But you would use your own code.

14  DET. MANTZ:  My code.  Only my code.

15  SGT. TERRAN:  And the same thing on the 28th,

16  would you come in on the 28th, you were working the

17  28th would you check IA-Prologues pertaining to Julio

18  Vasquez, Detective Rajko or any other members of the

19  service on that date?

20  DET. MANTZ:  Of any other members of the service

21  check logs on any other members of the service on that

22  day would I check them?

23  SGT. TERRAN:  Okay we'll start with Julio Vasquez

24  on the 28th.  Did you check any logs pertaining to him?

25  DET. MANTZ:  I may have.  When I pursue the logs,

*Det.Mantz - 9/28/04*                    12

1    I may have opened up those logs. When I go through the
2    logs that have stuff to do with Group #51. Because
3    everything is on the screen there and I just go down
4    the list and I click on it and see what it is to make
5    sure, I may have done that. But not intensely to look
6    at that log.
7        SGT. TERRAN:  Related to Detective Rajko, any logs
8    pertaining to Detective Rajko?
9        DET. MANTZ:  If it was on the screen, if the log
10   from that previous tour, in other words if the log that
11   had been generated on the 26th I think was still on the
12   screen and I was going down through, yes, I probably
13   would have clicked on that log to make sure that it was
14   there or to make sure that the logs were being perused.
15   But not, for those I would have done it to every log.
16   I don't know whether you understand what I'm trying to
17   say.
18       SGT. TERRAN:  Yes, I do.  What about any logs on
19   the 28th pertaining to any other member of the service?
20   Is that customary for you to look up other members of
21   the service?  Not related to this incident which
22   involved—
23       DET. MANTZ:  I mean to look up other members of
24   the service?
25       LT. MEHERE:  That's not pertaining to your

*Det.Mantz - 9/28/04*                    13

00000810

1    function.

2    DET. MANTZ:  No I mean I don't go into any other,

3    anybody else's, I mean sometimes I go into my own to

4    see if the logs have gone up to mine but other than

5    clicking on logs that are on the screen, I wouldn't

6    think that I went to anybody else's that—

7    SGT. TERRAN:  Would you, on the 28th of November

8    of 2003, we have 11 logs that were accessed pertaining

9    to Julio Vasquez.

10    DET. MANTZ:  To my recollection I didn't go into

11    any of them.  Not purposely.  I mean it might have been

12    on the screen or something like that.  If we clicked on

13    his name to see what other logs he had, I would have

14    done that on the 26th.  I don't believe that I would

15    have ever done that on the 28th.  And I don't remember

16    doing that.

17    SGT. TERRAN:  Okay.

18    DET. MANTZ:  Now I know the question, now I

19    understand what you were talking about clicking on

20    things, okay.

21    SGT. TERRAN:  Okay.  To the best of your

22    recollection on November 28th of 2004, did you see

23    Detective Dones in the office?

24    DET. MANTZ:  No, I did not.

25    SGT. TERRAN:  Do you know which vehicle is

                        *Det.Mantz – 9/28/04*                    14

00000811