THE CITY OF NEW YORK

POLICE DEPARTMENT

DEPARTMENT ADVOCATE'S OFFICE

In the Matter of

DETECTIVE SIRACO

Case #:  80292/04
IAB #:   03/31243

One Police Plaza

New York, New York  10038

September 30, 2004

PRESENT:

    INVESTIGATORS:    Sgt. Terran
                           Lt. Ronald Mehere

    SUBJECT:          Det. Siraco

    ATTORNEY:        Mr. Joe Cousinelli, DEA

1  INVESTIGATOR: .. 14:47 hours. This is Sgt.
2  Terran at 315 Hudson Street, 3rd Floor. Present with
3  me is Lt. Mehere, IAB Group #41. We are about to
4  interview Detective Siraco in connection with IAB Case
5  Nbr. 03-31243 which occurred on November 26, 2003, at
6  approximately ...
7  SGT. TERRAN: The date is September 30, 2004. The
8  time is 14:50 hours. Officer, I am Sgt. Terran.
9  Present with me is?
10 LT. MEHERE: Lieutenant Ronald Mehere.
11 SGT. TERRAN: Would you please state your rank,
12 name, shield and command?
13 DET. SIRACO: Detective Michael Siraco, Shield
14 5346, IAB Group #51.
15 SGT. TERRAN: Present and acting as your legal
16 representative is?
17 MR. COUSINELLI?: Joe Cousinelli, DEA.
18 SGT. TERRAN: Detective, are you satisfied with
19 your representation?
20 DET. SIRACO: Yes, I am.
21 SGT. TERRAN: The following misconduct is alleged:
22 Disclosing confidential information. At this time you
23 are present as a witness.
24 This is an official department investigation. It
25 is my duty to inform you that you are required to

```
 1    answer questions directed to you by a superior officer
 2    truthfully and to the best of your knowledge.  This
 3    interview is being conducted under the provisions of
 4    Patrol Guide Section 206-13 which states:  I wish to
 5    advise you that you are being questioned as part of an
 6    official investigation by the Police Department.  You
 7    will be asked questions specifically and narrowly
 8    related to the performance of your official duties.
 9    You are entitled to all the rights and privileges
10    guaranteed by the laws of the State of New York, the
11    Constitution of this State and the Constitution of the
12    United States, including the right not to be compelled
13    to incriminate yourself and the right to have legal
14    counsel present at each and every stage of this
15    investigation.  I further wish to advise you that if
16    you refuse to testify and answer questions related to
17    the performance of your official duties, you will be
18    subject to departmental charges which could result in
19    your dismissal from the Police Department.  If you do
20    answer, neither your statements nor any information or
21    evidence which is gained by reason of such statements,
22    can be used against you in any subsequent criminal
23    proceeding.  However, these statements may be used
24    against you in relation to subsequent departmental
25    charges.
```

*Det. Siraco - 9/30/04*                                          3

1          Detective, do you understand the provisions of
2    Patrol Guide Section 206-13?
3          DET. SIRACO:  Yes.
4          SGT. TERRAN:  The Department's policy regarding
5    false statements states that the making of false
6    statements will result in the dismissal from this
7    Department, absent exceptional circumstances.  Examples
8    of false statements include, but are not necessarily
9    limited to, lying under oath during a civil,
10   administrative or criminal proceeding, as well as
11   during an official department interview conducted
12   pursuant to Patrol Guide Procedure 206-13 –
13   "Interrogation of Members of the Service."  Exceptional
14   circumstances will be determined by the Police
15   Commissioner on a case-by-case basis.
16         Detective, do you understand the provisions of
17   Patrol Guide 203-08?
18         DET. SIRACO:  Yes.
19         SGT. TERRAN:  State your tax for the record
20   please.
21         DET. SIRACO:  My tax number is 888013.
22         SGT. TERRAN:  Detective, what is your present
23   assignment?
24         DET. SIRACO:  I was assigned to a Brooklyn team in
25   Group #51 Internal Affairs Bureau.

*Det. Siraco - 9/30/04*                                    4

00000864

```
1        SGT. TERRAN:  And what is your assignment, what is
2   your specific--
3        DET. SIRACO:  I'm investigation.
4        SGT. TERRAN:  What do you investigate?
5        DET. SIRACO:  Robberies, grand larcenies,
6   sometimes road rage and stuff like that.
7        SGT. TERRAN:  And who is your supervisor?
8        DET. SIRACO:  My immediate supervisor?
9        SGT. TERRAN:  Yes.
10       DET. SIRACO:  Sgt. Shumaker.
11       SGT. TERRAN:  And the CO?
12       DET. SIRACO:  Lt. Zirilla.
13       SGT. TERRAN:  And what are your current RDO's?
14       DET. SIRACO:  Saturday and Sunday.
15       SGT. TERRAN:  What vehicles are assigned to your
16  unit?
17       DET. SIRACO:  Well I know the Brooklyn car's
18  number is 8353.  Manhattan is 118.  I don't know the
19  Queens or the Bronx number.
20       SGT. TERRAN:  Okay and who was your partner?
21       DET. SIRACO:  My partners?  That I work with now?
22       SGT. TERRAN:  Yes.
23       DET. SIRACO:  It's John Sjoholm and Greg McCann.
24       SGT. TERRAN:  Do you have a cell phone number?
25       DET. SIRACO:  Yes, I do.
```

Det. Siraco - 9/30/04                                          5

00000865

```
1        SGT. TERRAN:    And what is your cell phone number?
2        DET. SIRACO:    631-275-9513.
3        SGT. TERRAN:    Do you have a pager number?
4        DET. SIRACO:    Yes, a department pager.
5        SGT. TERRAN:    Do you know that number?
6        DET. SIRACO:    866-955-5398.
7        SGT. TERRAN:    At the office of Group 51, what is
8    your office number?
9        DET. SIRACO:    718-383-8067.
10       SGT. TERRAN:    Is that the number that is assigned
11   to your desk that is at your desk or do you have a
12   specific number at your desk?
13       DET. SIRACO:    That's my desk.
14       SGT. TERRAN:    8067?
15       DET. SIRACO:    Yes, the main line.
16       SGT. TERRAN:    Okay.  Detective, were you working
17   on November 26th of 2003?
18       DET. SIRACO:    Yes.
19       SGT. TERRAN:    What tour were you doing?
20       DET. SIRACO:    06:40 by 14:55 hours.
21       SGT. TERRAN:    And your assignment on that date?
22       DET. SIRACO:    I was investigating robberies.
23       SGT. TERRAN:    On November 26, 2003, did you become
24   aware of an incident involving Detective Julio Vasquez
25   and Thomas Rajko?
```

*Det. Siraco - 9/30/04*                                              6

00000866

```
 1              DET. SIRACO:  No.
 2              SGT. TERRAN:  Were you ever aware of an incident—
 3              DET. SIRACO:  I don't recall on the 26th.  I
 4    thought it was on Friday, the 28th, when I came back
 5    from Thanksgiving.
 6              LT. MEHERE:  So on Wednesday you weren't aware of
 7    anything, which is the 26th?
 8              DET. SIRACO:  I'm not certain.
 9              LT. MEHERE:  You had off the 27th?
10              DET. SIRACO:  Yes.
11              LT. MEHERE:  And you came in the 28th?
12              DET. SIRACO:  Yes.
13              LT. MEHERE:  And that's when you believe you
14    became aware of it?
15              DET. SIRACO:  Yes.
16              SGT. TERRAN:  Do you remember who informed you on
17    the 28th?
18              DET. SIRACO:  No I think I just heard that Eddie
19    Miles, a detective from Queens was involved in
20    something with an off-duty or a retired MOS and maybe
21    an MOS.
22              SGT. TERRAN:  And Detective Miles and Yakofino,
23    they were the responding—
24              DET. SIRACO:  To the best of my recollection they
25    are the Queens team, they were working I think at the
```

Det. Siraco - 9/30/04                                              7

```
 1   time.
 2        SGT. TERRAN:  Detective Dones, what is your
 3   relationship with Detective Dones?
 4        DET. SIRACO:  Just a co-worker.  In the office he
 5   worked opposite us.
 6        SGT. TERRAN:  Do you know his cell phone number?
 7        DET. SIRACO:  No.  I use to have it.
 8        SGT. TERRAN:  Do you know his home number by any
 9   chance?
10        DET. SIRACO:  No.
11        SGT. TERRAN:  Are you good friends with him?
12        DET. SIRACO:  No.
13        SGT. TERRAN:  Do you know what vehicle is assigned
14   to him, or to his team?
15        DET. SIRACO:  I think it was a Chevy Caprice.  I
16   don't know the number.
17        SGT. TERRAN:  A black Impala?
18        DET. SIRACO:  A black Impala, yes Impala, I call
19   them Caprice's.
20        SGT. TERRAN:  On November 28th of 2003 were you
21   working?
22        DET. SIRACO:  Yes.
23        SGT. TERRAN:  And what was your tour?
24        DET. SIRACO:  06:00 by 14:15 hours.
25        SGT. TERRAN:  And who was your partner on that
```

```
 1   date?
 2        DET. SIRACO:  It was Detective Sjoholm.  And I
 3   guess Detective Pizzaro.
 4        SGT. TERRAN:  Did you go out on that date?
 5        DET. SIRACO:  Yes I believe so.
 6        SGT. TERRAN:  Do you know when you went and what
 7   time you left.
 8        DET. SIRACO:  No.
 9        SGT. TERRAN:  Okay. If you did go out, which
10   vehicle would you be using on that date?
11        DET. SIRACO:  8353.
12        SGT. TERRAN:  8353.
13        DET. SIRACO:  More than likely.  I don't think we
14   had keys to any other vehicles at the time.
15        SGT. TERRAN:  And why is that?
16        DET. SIRACO:  Some of the guys keep their keys,
17   you know I had my own key to our car too.
18        SGT. TERRAN:  The other sets of keys are in the
19   CO's office?
20        DET. SIRACO:  Some are hung up.  And some he has a
21   copy to in the CO's office, yes.
22        LT. MEHERE:  But it's not common practice for you
23   to take the Bronx group's car or the, you work in the
24   Brooklyn group, right?
25        DET. SIRACO:  Yes.
```

Det. Siraco - 9/30/04                                          9

```
 1         LT. MEHERE:  You wouldn't just come in and say
 2   well today I'm taking his car.
 3         DET. SIRACO:  No, no.
 4         LT. MEHERE:  You would take your own car.  You
 5   guys maintain your own car.
 6         DET. SIRACO:  We take our own unless it's not
 7   working or somebody else has it.
 8         SGT. TERRAN:  Okay.  On the 28th, on November 28,
 9   2003, did you observe Detective Dones in the command?
10         DET. SIRACO:  No.
11         SGT. TERRAN:  Do you have access to Detective
12   Dones' computer code?
13         DET. SIRACO:  No.
14         SGT. TERRAN:  Do you have a computer code?
15         DET. SIRACO:  Yes.
16         SGT. TERRAN:  And do you have your code posted, or
17   any other code, let me just ask you this, are there any
18   other command codes posted where anyone can look up the
19   code and just utilize someone's else's code?
20         DET. SIRACO:  No, not that I know of.
21         SGT. TERRAN:  And your code is?  You don't have to
22   tell me your code but only you know your code.
23         DET. SIRACO:  As far as I know, yes.
24         SGT. TERRAN:  And you wouldn't give your code out
25   to any other member on your team?
```

```
 1              DET. SIRACO:  No.
 2              SGT. TERRAN:  Did Detective Dones call you on
 3    November 28th of 2003 and ask you to access any logs,
 4    or to access logs pertaining to Julio Vasquez or Thomas
 5    Rajko?
 6              DET. SIRACO:  I don't recall that, no.
 7              LT. MEHERE:  Would you find it strange if he was
 8    off and he called you and said run this log for me, or
 9    it's common practice if a guy is not working, he is off
10    and he calls up here run a log for me?
11              DET. SIRACO:  No, I would find it strange.
12              SGT. TERRAN:  And you don't recall him ever
13    calling you.
14              DET. SIRACO:  No.
15              SGT. TERRAN:  Did you access logs pertaining to
16    Julio Vasquez and Thomas Rajko under Detective Dones'
17    code?
18              DET. SIRACO:  No.
19              SGT. TERRAN:  You don't know his code, correct?
20              DET. SIRACO:  Correct.
21              SGT. TERRAN:  Did you access on November 28, 2003,
22    did you access any other legs pertaining to any other
23    members of the service?
24              DET. SIRACO:  I'm not sure, I don't recall.
25              SGT. TERRAN:  And would you normally just check
```

                        Det. Siraco - 9/30/04                    11

00000871

```
 1
 2                        * * * * * * * *
 3
 4      This is to certify that I have typed the above record
 5      from a cassette(s) produced from an electronic sound
 6      recording system in the State of New York and that to
 7      my best knowledge and belief the above record as typed
 8      by me is a true and accurate record of the audiotape
 9      contents of the cassette(s).
10
11
12                    _____Dianne Waddell_____
13                    Dianne Waddell
14                    The Mechanical Secretary, Inc.
15
16
17      Date Transcribed:  January 19, 2005
18
19
20
21
22
23
24
```

Det. Siraco - 9/30/04                                       13