ZT600000

## INTERNAL AFFAIRS BUREAU GROUP 51

ROLL CALL ADMINISTRATIVE P.D. 408.146 (7-87) 24

| | | SUN 11/23 | MON 11/24 | TUE 11/25 | WED 11/26 | THUR 11/27 | FRI 11/28 | SAT 11/29 |
|---|---|---|---|---|---|---|---|---|
| **TEAM #3-MANHATTAN** | | | | | | | | |
| SGT. HEARNS | SUPERVISOR | | 1425X2300 | 1425X2300 | MEO #75 | VAC DAY | CHART DAY | RDO |
| DET. CURCIO | INVESTIGATOR | RDO | RDO | 0620x1455 | VAC DAY | RDO | | |
| DET. MCCANN | INVESTIGATOR | RDO | RDO | VACATION | VACATION | VACATION | VACATION | VACATION |
| DET. VALLE-ZARAKAS | INVESTIGATOR | RDO | 0900x1700 Court | VACATION | VACATION | VACATION | VACATION | VACATION |
| DET. MINAYA | INVESTIGATOR | RDO | 0900x1700 Court | RDO 0900x1630 | 0640X1455 | 0640X1455 | 0640X1455 | VACATION |
| **TEAM #4-BROOKLYN** | | | | | | | | |
| SGT. SCHUMACHER | SUPERVISOR | RDO | 0620X1455 | 0540x1355 (8:15) Lost Time | 0620X1455 1525x2400 | IVD DAY 0640X1455 | IVD DAY 0640X1455 COVERAGE | RDO |
| DET. PIZARRO | INVESTIGATOR | RDO | 0620X1455 0845x1700 | 0600x1435 | 0640X1455 | IVD DAY | 0640X1455 | RDO |
| DET. SIRACO | INVESTIGATOR | RDO | 0640X1455 0845x1700 | 0640X1455 | 0640X1455 | VAC DAY | 0600x1415 | RDO |
| DET. SJOHOLM | INVESTIGATOR | RDO | 0640X1455 | 0640X1455 0600x1415 | 0640X1455 | VAC DAY | 0640X1455 0600x1415 | RDO |

NOTE: ALL ASSIGNMENT AND TOUR CHANGES WILL BE NOTED ON REVERSE. ASSIGNMENT OF PERSONNEL FOR WEEK OF: 11/23/03-11/29/03

PREPARED BY DET. FRANCINE LAURA WEEK #49