Exhibit 10

# DISPOSITION OF CHARGES

PD 468-142A (7-93)-h2

| | |
|---|---|
| CASE NO. | 80292/04 |
| BOOK & PAGE NO. | 1 of 2 |
| PERSONNEL ORDER NO. | |

**SPECIFICATIONS AGAINST**

| RANK/SURNAME, | FIRST | M.I. | COMMAND |
|---|---|---|---|
| Detective  Dones, Lissander | | | Housing Borough Bronx/Queens |

| SHIELD NO. | TAX REGISTRY NO. | SOCIAL SECURITY NO. | DATE APPOINTED |
|---|---|---|---|
| 2648 | 885547 | 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 | January 21, 1985 |

| RANK/NAME OF COMPLAINANT | COMMAND |
|---|---|
| Inspector Vairie Jackson | IAB GROUP #41 |

| DATE OF CHARGES | DATE TRIAL COMMENCED | DATE TRIAL CONCLUDED |
|---|---|---|
| September 10, 2004 | February 1, 2005 | February 2, 2005 |

TRIAL COMMISSIONER

Honorable Robert W. Vinal

| SPECIFICATIONS | DISPOSITION | RECOMMENDED PENALTY PLEA ☐ TRIAL ☒ |
|---|---|---|
| 1. Said Detective Lissander Dones, assigned to Internal Affairs Bureau, on or about November 26, 2003 and November 28, 2003 did wrongfully and without just cause prevent or interfere with an official Department investigation. | NOT GUILTY | It is recommended that the Respondent forfeit 20 vacation days. |
| 2. Said Detective Lissander Dones, assigned as indicated in Specification No. 1, on or about November 26, 2003 and November 28, 2003, wrongfully divulged or disclosed official Department business. | GUILTY | |
| 3. Said Detective Lissander Dones assigned to the Internal Affairs Bureau, during an official Department investigation, conducted by Lieutenant Ronald Mejia and Sergeant Francis Teran of Internal Affairs Bureau Group #41, on September 7, 2004, pursuant to the provisions of Patrol Guide Section 206-13 did wrongfully make false and misleading statements. *(As amended)* | NOT GUILTY | |

Reviewed by Deputy Commissioner of Trials

_____  DEPUTY COMMISSIONER     6/1/05  DATE

Police Commissioner's Approval:

☑ Approved
☐ Disapproved
☐ Other Action (Describe)

_____  POLICE COMMISSIONER     6/13/05  DATE

# DISPOSITION OF CHARGES

PD 468-142A (7-93)-h2

| | |
|---|---|
| CASE NO. | 80292/04 |
| BOOK & PAGE NO. | 2 of 2 |
| PERSONNEL ORDER NO. | |

**SPECIFICATIONS AGAINST**

| RANK/SURNAME, | FIRST | M.I. | COMMAND |
|---|---|---|---|
| Detective  Dones, Lissander | | | Housing Borough Bronx/Queens |

| SHIELD NO. | TAX REGISTRY NO. | SOCIAL SECURITY NO. | DATE APPOINTED |
|---|---|---|---|
| 2648 | 885547 | 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 | January 21, 1985 |

| RANK/NAME OF COMPLAINANT | COMMAND |
|---|---|
| Inspector Valrie Jackson | IAB GROUP #41 |

| DATE OF CHARGES | DATE TRIAL COMMENCED | DATE TRIAL CONCLUDED |
|---|---|---|
| September 10, 2004 | February 1, 2005 | February 2, 2005 |

**TRIAL COMMISSIONER**

Honorable Robert W. Vinal

| SPECIFICATIONS | DISPOSITION | RECOMMENDED PENALTY<br>PLEA ☐  TRIAL ☒ |
|---|---|---|
| 4.  Said Detective Lissander Dones assigned to the Internal Affairs Bureau, on or about November 28, 2003, while off duty, did wrongfully and without just cause operate a Department vehicle #169 without permission or authority to do so.  *(As amended)* | NOT GUILTY | See Card No. 1. |
| 5.  Said Detective Lissander Dones assigned to the Internal Affairs Bureau, on or about November 28, 2003, while off duty, did access a Department computer, IAB PRO, and make unofficial inquiries for non-Departmental purposes.  *(As amended)* | GUILTY | |

Reviewed by Deputy Commissioner of Trials

_____ 6/1/05
DEPUTY COMMISSIONER                DATE

Police Commissioner's Approval:

☒  Approved

☐  Disapproved

☐  Other Action (Describe)

_____ 6/13/05
POLICE COMMISSIONER                DATE