Exhibit 11

PD020105.TXT

4     A    Yes.

5     Q    So at some point that evening out in
6 that squad room, there was information out there that
7 there were either members of the service or there
8 were police impersonators involved in ripping off a
9 drug dealer in Queens?

10    A    Yes.

11    Q    And that information was openly
12 discussed in front of the entire squad, correct?

13    A    Yes.

14    Q    It is true, isn't it, that you were not
15 told by the Sergeant that you should not discuss it,
16 keep it confidential, were you?

17    A    No.

18    Q    How long were you in the 1st Precinct
19 Squad?

20    A    I believe we spent a good part of the
21 tour, if not the whole tour, there.

22    Q    Okay.

23         And do you ever remember discussing
24 anything more about this matter with Detective Dones?

Page 47

PD020105.TXT

16  Q  Schumacher?

17  A  Yes.

18  Q  Were there times when you were not with

19 Schumacher, Schumacher was with Dones?

20  A  I'm sure there were, yes.

21  Q  With respect to your duties, your work

22 in the command, does there ever come a time when,

23 pursuant to your duties, you scroll through the logs,

24 the IA-Pro logs, to get an idea of what is going on

25 with respect to police impersonations in other

(212) 349-9692 TANKOOS REPORTING COMPANY (516) 741-5235

35

1              Clohessy - Cross

2 commands?

3  A  At times, yes.

4  Q  You go through these logs oftentimes

5 when you have no particular case, which causes you to

6 go to that particular log, do you?

PD020105.TXT

```
13              COMM. VINAL: 3:00 p.m. to 11:00 p.m.?
14              THE WITNESS: Yes.
15              COMM. VINAL: November 26th?
16              THE WITNESS: Yes.
17        Q     And you testified about officers
18 sometimes logging onto the computer and somewhat
19 forgetting that they logged on.
20              Is it commonplace that someone would log
21 on and forget it, and no one would turn it off for
22 about two days?
23              Could someone's IAB log, or the
24 computer, be open for days and weeks, and no one
25 would turn it off, or were you just referring to a
```

(212) 349-9692 TANKOOS REPORTING COMPANY (516) 741-5235

                                40

```
1               Clohessy - Redirect
2 specific period of time, like hours?
3         A     Some applications that you go into, if
```

PD020105.TXT

4 you don't stay on it consistently, I'm talking about

5 a few minutes –

6     Q    It would kick out?

7     A    Kick you out.

8         I don't believe IA-Pro does that.

9         I'm not the computer expert, but I don't

10 believe IA-Pro does that.

11         Is it possible for that to happen?

12 Absolutely.

13     Q    Have you ever seen anything like that

14 happen, where someone just logged on for days and

15 days?

16     A    I have seen those computers stay on,

17 people walk away from it. It happens all the time.

18     Q    Now, you indicated that you heard about

19 a call-out, about someone possibly impersonating a

20 Police Officer; is that right?

21     A    Yes.

22     Q    Did you ever receive or hear any

23 specific information that this was an actual member

24 of the service who was involved in this incident?

PD020105.TXT

22 in that office, I believe there might be two cases

23 where we discovered that there was an actual law

24 enforcement officer involved.

25       So if the log comes in, and it gets

(212) 349-9692 TANKOOS REPORTING COMPANY (516) 741-5235

46

1       Clohessy - Recross

2 assessed down on Hudson Street, for the most part,

3 the cases that we are going to get are going to be

4 impersonators, not members of the service.

5   Q  Okay.

6       Let me ask you this question.

7       Is there any prohibition that you are

8 aware of that would prevent you from logging onto

9 IA-Pro and accessing a C case?

10   A  None.

11       MR. KARASYK:  Thank you.

12       No further questions.