Exhibit 12

PD020105.TXT

22      records.  The phone records from who?

23             THE WITNESS: Diaz, Louis NievesDiaz.

24             COMM. VINAL: I need to be clear on

25      that.


(212) 349-9692 TANKOOS REPORTING COMPANY (516) 741-5235

                                    137

1              Teran - Direct

2              This is strictly background at this

3       point.

4              What I have is that on December 12,

5       2003, you attended a session where Vasquez was

6       being interviewed, correct?

7              THE WITNESS: Yes.

8              COMM. VINAL: And he implicated

9       Lieutenant Louis NievesDiaz in committing a rip

10      with him?

11             THE WITNESS: Correct.

12             COMM. VINAL: Okay.

PD020105.TXT

13        At that point, IAB decided to get the
14    phone records of the residence of this Detective
15    Diaz.
16        I need to know what phone records you
17    are talking about here.
18        THE WITNESS: Yes, IAB requested – the
19    federal, the FBI requested the records of
20    Detective Diaz's home phone, cell phone.
21        COMM. VINAL: Home, cell, anything else?
22        THE WITNESS: Anything else?
23        COMM. VINAL: That the FBI obtained.
24        THE WITNESS: I'm sorry?
25        COMM. VINAL: Home and cell?

(212) 349-9692 TANKOOS REPORTING COMPANY (516) 741-523⁵

138

1             Teran - Direct
2        THE WITNESS: Yes.
3        COMM. VINAL: Not relating to any work

PD020105.TXT

4   location?

5        THE WITNESS: No.

6        COMM. VINAL: Okay.

7        Were you involved in gathering these

8   records?

9        THE WITNESS: The FBI did that.

10       COMM. VINAL: Detective Carr examined

11  the records the FBI gave him?

12       THE WITNESS: Yes.

13       COMM. VINAL: Okay.

14       What did Detective Carr tell you

15  regarding these records?

16       THE WITNESS: That there was, in fact, a

17  member of the New York City Police Department who

18  had phone contact with Detective NievesDiaz on

19  that date, on the date of the 27th.

20       COMM. VINAL: Did you get the name of

21  the individual?

22       THE WITNESS: Yes.

23       COMM. VINAL: This is your conversation

24  with Detective Carr?

Page 197

PD020105.TXT
25        THE WITNESS: Yes.

(212) 349-9692 TANKOOS REPORTING COMPANY (516) 741-5235

0

139

1            Teran - Direct

2            COMM. VINAL: What did he say to you?

3            THE WITNESS: He told me that Detective

4    Dones is a member of the New York City Police

5    Department who is currently assigned to IAB Group

6    51.

7            COMM. VINAL: He said he found calls?

8            THE WITNESS: In the phone records,

9    there was Detective Dones' home phone number in

10   the records, in the telephone records.

11           With that, those numbers were

12   cross-referenced to the NYPD database, and it

13   showed that that is his home phone number.

14           COMM. VINAL: Did Detective Carr

15   indicate how Detective Dones' home phone number

PD020105.TXT

16   was in these records?

17         As a number called by Diaz?

18         THE WITNESS:  By showing me the phone

19   records themselves.

20         COMM. VINAL:  Outgoing calls from Diaz's

21   phone?

22         I need a little more information, if you

23   know it.

24         THE WITNESS:  I believe it was on his

25   cell phone, Louis NievesDiaz's cell phone, that


(212) 349-9692 TANKOOS REPORTING COMPANY (516) 741-5235


140

1         Teran - Direct

2   he had reached out to Detective Dones.

3     Q   You were referring to Sprint records, or

4 cell phone records you had reviewed?

5     A   Yes.

6         COMM. VINAL:  You actually reviewed the

Page 199

PD020105.TXT

4 please.

5       (Bench conference held.)

6       COMM. VINAL: Put the record aside for
7 one second, please.

8       Next question.

9   Q   Based on information you received,
10 Detective Dones became the subject of an
11 investigation; is that correct?

12   A   Yes.

13   Q   All right.

14       Now, what specific steps did you take in
15 the investigation of Detective Lissander Dones and
16 his connection with Julio Vasquez and NievesDiaz?

17   A   We interviewed NievesDiaz, we conducted
18 record checks, we requested phone records of
19 Detective NievesDiaz and of Detective Dones.

20       COMM. VINAL: Okay.

21       You already said NievesDiaz.

22       You said you requested phone records of
23 Detective Dones. What records, and how did you
24 request them, and when did this all happen?