UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

LISSANDER DONES,

                                    Plaintiff,

      -against-

THE CITY OF NEW YORK, et al.

                                  Defendants.

------------------------------------------------------------------- x

**SUPPLEMENTAL DECLARATION OF CAROLYN WALKER-DIALLO**

07 Civ. 3085 (SAS) (GWG)

      **CAROLYN WALKER-DIALLO,** declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants, the City of New York, Police Commissioner Raymond Kelly, Thomas Scollan, Francis Teran, Julius Morton and Ronald Mejia ("Defendants"). I submit this declaration in further support of Defendants' motion for summary judgment pursuant to Rule 56(b) of the Federal Rules of Civil Procedure.

      1.    Annexed hereto as Exhibit "11" are excerpts from the deposition testimony of plaintiff, which are relied upon and cited in Defendants' Reply Memorandum of Law in Further Support of Their Motion for Summary Judgment.

      2.    Annexed hereto as Exhibit "12" is Section 206-07 of the New York City Police Department ("NYPD") patrol guide, which was produced by plaintiff to defendants during discovery in this action.

      3.    Annexed hereto as Exhibit "13" are computer logs, which was produced by plaintiffs to defendants during discovery in this action.

- 2 -

    4. Annexed hereto as Exhibit "14" are portions of the testimony of Francis X. Teran at plaintiff's departmental hearing on February 1, 2005, which was produced by plaintiffs to defendants during discovery in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    New York, New York
         May 27, 2008

                                                                CAROLYN WALKER-DIALLO