USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/by

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LISSANDER DONES,

                Plaintiff,

       -against-

THE CITY OF NEW YORK, et al.,
                Defendants.
------------------------------------------------------------X

07 CIVIL 3085 (SAS)

**JUDGMENT**

      Defendants having moved for summary judgment as to all claims, and the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and the Court, on July 9, 2008, having rendered its Opinion and Order granting defendants' motion for summary judgment, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 9, 2008, defendants' motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
           July 14, 2008

                                    **J. MICHAEL McMAHON**
                                    **Clerk of Court**
                   BY:
                                    **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____